## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: BLAIR GRAFFEO**

County: **02**   Case Number: **CV-2017-902787.00**   Court Action:

Style: **ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL**

**Real Time**

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **02-MOBILE** | Case Number: | **CV-2017-902787.00** | Judge: | **BHB:BEN H. BROOKS** |
| Style: | **ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL** | | | | |
| Filed: | **10/25/2017** | Case Status: | **ACTIVE** | Case Type: | **WRONGFUL DEATH** |
| Trial Type: | **JURY** | Track: | **FAST** | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **11** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | **:** | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

#### Comments

Comment 1:

Comment 2:

#### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

#### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **10/26/2017** | Updated By: | **RUP** |

### Settings

#### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 07/20/2018 | 001 | 09:00 AM | READ - CERT TO BE FILED |

### Parties

**Party 1 - Plaintiff OTHER - ESTATE OF BRUCE BROCKEL DECEASED BY & THROUGH**

**EXHIBIT 2**

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **ESTATE OF BRUCE BROCKEL DECEASED BY & THROUGH** | Type: | **O-OTHER** |
| Index: | **D COUCH JOHN** | Alt Name: | | Hardship: **No** | JID: **BHB** |
| Address 1: | **DONNA BROCKEL REPRESENTAT** | | | Phone: **(251) 625-0046** | |
| Address 2: | **30421 STATE HWY 181** | | | | |
| City: | **DAPHNE** | State: **AL** | | Zip: **36527-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: **F** | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | | Reissue: | | Reissue Type: |
| Return: | Return Type: | | Return: | | Return Type: |
| Served: | Service Type | | Service On: | | Served By: |
| Answer: | Answer Type: | | Notice of No Service: | | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BUS021 | | BUSBY DAVID ANTHONY | DAB@DUPM.COM | (251) 625-0046 |
| Attorney 2 | LAW039 | | LAW JONATHON ROBERTS | JRL@DUPM.COM | (251) 625-0046 |
| Attorney 3 | LON046 | | LONG CHARLES BENNETT | BENNETT@LONGANDLONG.COM | (251) 432-4878 |

### Party 2 - Defendant INDIVIDUAL - COUCH JOHN PATRICK #14290-003

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **COUCH JOHN PATRICK #14290-003** | Type: | **I-INDIVIDUAL** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: **No** | JID: **BHB** |
| Address 1: | **C/O FCI FORREST CITY LOW** | | | Phone: **(205) 000-0000** | |
| Address 2: | **1400 DALE BUMPERS ROAD** | | | | |
| City: | **FORREST CITY** | State: **AR** | | Zip: **72335-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: **M** | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: **10/26/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **10/26/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: **10/30/2017** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |

| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |
|---|---|---|---|

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant INDIVIDUAL - TARABEIN RASSAN M.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | **TARABEIN RASSAN M.** | | | Type: | **I-INDIVIDUAL** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **22341 MAIN STREET** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | | | | | | | |
| City: | **FAIRHOPE** | State: | **AL** | Zip: | **36532-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **10/26/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **10/26/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | **10/28/2017** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - PHYSICIAN PAIN SPECIALISTS OF ALABAMA, P.C.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | **PHYSICIAN PAIN SPECIALISTS OF ALABAMA, P.C.** | | | Type: | **B-BUSINESS** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **JOHN P. COUCH #14290-003** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **FCI FORREST CITY LOW** | | | | | | |
| City: | **FORREST CITY** | State: | **AR** | Zip: | **72335-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: **$0.00** | | Court Action For: | Exemptions: | |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: **10/26/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **11/22/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 5 - Defendant BUSINESS - C&R PHARMACY, LLC

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **D004-Defendant** | Name: | **C&R PHARMACY, LLC** | | Type: | **B-BUSINESS** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: **No** | JID: | **BHB** |
| Address 1: | **JOHN P. COUCH #14290-003** | | | Phone: **(205) 000-0000** | | |
| Address 2: | **FCI FORREST CITY LOW** | | | | | |
| City: | **FORREST CITY** | State: | **AR** | Zip: **72335-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: **$0.00** | | Court Action For: | Exemptions: | |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: **10/26/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **11/22/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 6 - Defendant BUSINESS - EASTERN SHORE NEUROLOGY CLINIC, INC.

### Party Information

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Party: | D005-Defendant | Name: | **EASTERN SHORE NEUROLOGY CLINIC, INC.** | | Type: | **B-BUSINESS** | |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **C/ORASSAN TARABEIN REG AG** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **22341 MAIN STREET** | | | | | | |
| City: | **FAIRHOPE** | State: | **AL** | | Zip: | **36532-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | |
|--|--|--|--|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|--|--|--|--|
| Issued: | **10/26/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **11/22/2017** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 7 - Defendant BUSINESS - PURDUE PHARMA, L.P.

### Party Information

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Party: | D006-Defendant | Name: | **PURDUE PHARMA, L.P.** | | Type: | **B-BUSINESS** | |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **C/O CORP SER CO, REG AGT** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **641 SOUTH LAWRENCE STREET** | | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | | Zip: | **36104-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **10/26/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **10/26/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: **10/30/2017** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 8 - Defendant BUSINESS - PFIZER, INC.

## Party Information

| | | | | |
|---|---|---|---|---|
| Party: | **D007-Defendant** | Name: | **PFIZER, INC.** | Type: **B-BUSINESS** |
| Index: | **C DONNA BROCKE** | Alt Name: | Hardship: **No** | JID: **BHB** |
| Address 1: | **C/O CT CORP SYS, REG AGT** | | Phone: **(205) 000-0000** | |
| Address 2: | **2 N JACKSON ST., STE 605** | | | |
| City: | **MONTGOMERY** | State: **AL** | Zip: **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | Sex: | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **10/26/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **10/26/2017** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 9 - Defendant BUSINESS - ENDO PHARMACEUTICALS, INC.

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D008-Defendant** | Name: | **ENDO PHARMACEUTICALS, INC.** | Type: | **B-BUSINESS** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: **No** | JID: | **BHB** |
| Address 1: | **1400 ATWATER DRIVE** | | | Phone: | **(205) 000-0000** |
| Address 2: | | | | | |
| City: | **MALVERN** | State: | **PA** | Zip: | **19355-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | **10/26/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **11/27/2017** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 10 - Defendant BUSINESS - ENDO INTERNATIONAL, PLC

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D009-Defendant** | Name: | **ENDO INTERNATIONAL, PLC** | Type: | **B-BUSINESS** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: **No** | JID: | **BHB** |
| Address 1: | **1400 ATWATER DRIVE** | | | Phone: | **(205) 000-0000** |
| Address 2: | | | | | |
| City: | **MALVERN** | State: | **PA** | Zip: | **19355-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **10/26/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **10/26/2017** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | **10/30/2017** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 11 - Defendant BUSINESS - KVK-TECH, INC.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D010-Defendant** | Name: | **KVK-TECH, INC.** | | | Type: | **B-BUSINESS** |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **110 TERRY DRIVE, STE 200** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | | | | | | | |
| City: | **NEWTOWN** | State: | **PA** | Zip: | **18940-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **10/26/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **10/26/2017** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | **11/06/2017** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 12 - Defendant BUSINESS - ZYDUS PHARMACEUTICALS (USA), INC.

### Party Information

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Party: | **D011-Defendant** | Name: | **ZYDUS PHARMACEUTICALS (USA), INC.** | | Type: | **B-BUSINESS** | |
| Index: | **C DONNA BROCKE** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **73 ROUTE 31 N.** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | | | | | | | |
| City: | **PENNINGTON** | State: | **NJ** | Zip: | **08534-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | |
|--|--|--|--|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | | | |
|--|--|--|--|--|--|
| Issued: | **10/26/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **10/26/2017** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: |
| Served: | **11/06/2017** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 10/25/2017 | 3:09 PM | ECOMP | COMPLAINT E-FILED. | BUS021 |
| 10/25/2017 | 3:11 PM | FILE | FILED THIS DATE: 10/25/2017        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | EORD | E-ORDER FLAG SET TO "Y"        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | ASSJ | ASSIGNED TO JUDGE: BEN H. BROOKS        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | TDMJ | JURY TRIAL REQUESTED        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | ORIG | ORIGIN: INITIAL FILING        (AV01) | AJA |
| 10/25/2017 | 3:11 PM | C001 | C001 PARTY ADDED: DONNA BROCKEL, AS PERSONAL REPRE | AJA |

| 10/25/2017 | 3:11 PM | C001 | LISTED AS ATTORNEY FOR C001: BUSBY DAVID ANTHONY | AJA |
|---|---|---|---|---|
| 10/25/2017 | 3:11 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | C001 | LISTED AS ATTORNEY FOR C001: LONG CHARLES BENNETT | AJA |
| 10/25/2017 | 3:11 PM | C001 | C001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | C001 | LISTED AS ATTORNEY FOR C001: LAW JONATHON ROBERTS | AJA |
| 10/25/2017 | 3:11 PM | D001 | D001 PARTY ADDED: COUCH JOHN PATRICK #14290-003 | AJA |
| 10/25/2017 | 3:11 PM | D001 | CERTIFIED MAI ISSUED: 10/25/2017 TO D001   (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D001 | D001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D002 | CERTIFIED MAI ISSUED: 10/25/2017 TO D002   (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D002 | D002 PARTY ADDED: TARABEIN RASSAN M.     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D002 | D002 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D003 | D003 PARTY ADDED: PHYSICIAN PAIN SPECIALISTS OF AL | AJA |
| 10/25/2017 | 3:11 PM | D003 | CERTIFIED MAI ISSUED: 10/25/2017 TO D003   (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D003 | D003 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D004 | D004 PARTY ADDED: C&R PHARMACY, LLC     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D004 | CERTIFIED MAI ISSUED: 10/25/2017 TO D004   (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D004 | D004 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D004 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D005 | D005 PARTY ADDED: EASTERN SHORE NEUROLOGY CLINIC, | AJA |
| 10/25/2017 | 3:11 PM | D005 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D005 | CERTIFIED MAI ISSUED: 10/25/2017 TO D005   (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D005 | D005 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D006 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D006 | CERTIFIED MAI ISSUED: 10/25/2017 TO D006   (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D006 | LISTED AS ATTORNEY FOR D006: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D006 | D006 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D006 | D006 PARTY ADDED: PURDUE PHARMA, L.P.     (AV02) | AJA |
| 10/25/2017 | 3:11 PM | D007 | LISTED AS ATTORNEY FOR D007: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D007 | CERTIFIED MAI ISSUED: 10/25/2017 TO D007   (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D007 | D007 PARTY ADDED: PFIZER, INC.     (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D007 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D007 | D007 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D008 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D008 | D008 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D008 | CERTIFIED MAI ISSUED: 10/25/2017 TO D008   (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D008 | LISTED AS ATTORNEY FOR D008: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D008 | D008 PARTY ADDED: ENDO PHARMACEUTICALS, INC.(AV02) | AJA |
| 10/25/2017 | 3:12 PM | D009 | D009 PARTY ADDED: ENDO INTERNATIONAL, PLC  (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D009 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D009 | CERTIFIED MAI ISSUED: 10/25/2017 TO D009   (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D009 | D009 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D009 | LISTED AS ATTORNEY FOR D009: PRO SE     (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D010 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D010 | D010 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D010 | D010 PARTY ADDED: KVK-TECH, INC.     (AV02) | AJA |

| 10/25/2017 | 3:12 PM | D010 | CERTIFIED MAI ISSUED: 10/25/2017 TO D010   (AV02) | AJA |
|---|---|---|---|---|
| 10/25/2017 | 3:12 PM | D010 | LISTED AS ATTORNEY FOR D010: PRO SE      (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D011 | D011 PARTY ADDED: ZYDUS PHARMACEUTICALS (USA), INC | AJA |
| 10/25/2017 | 3:12 PM | D011 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D011 | LISTED AS ATTORNEY FOR D011: PRO SE      (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D011 | CERTIFIED MAI ISSUED: 10/25/2017 TO D011   (AV02) | AJA |
| 10/25/2017 | 3:12 PM | D011 | D011 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/26/2017 | 11:40 AM | STYL | THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THRO | RUP |
| 10/26/2017 | 11:40 AM | TRAC | CASE ASSIGNED TO: FAST      TRACK      (AV01) | RUP |
| 10/26/2017 | 11:40 AM | STYL | UGH DONNA BROCKEL, A | RUP |
| 10/26/2017 | 11:40 AM | DAT4 | FOR: CERT TO BE FILED ON 07/20/2018 @ 0900A (AV01) | RUP |
| 10/26/2017 | 11:42 AM | C001 | C001 NAME CHANGED FROM: DONNA BROCKEL, AS PERSONAL | RUP |
| 10/26/2017 | 11:42 AM | C001 | C001 ADDR1 CHANGED FROM: 30421 STATE HIGHWAY 181 | RUP |
| 10/26/2017 | 11:42 AM | D001 | CERTIFIED MAI ISSUED: 10/26/2017 TO D001   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D002 | CERTIFIED MAI ISSUED: 10/26/2017 TO D002   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D003 | CERTIFIED MAI ISSUED: 10/26/2017 TO D003   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D004 | CERTIFIED MAI ISSUED: 10/26/2017 TO D004   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D005 | CERTIFIED MAI ISSUED: 10/26/2017 TO D005   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D006 | CERTIFIED MAI ISSUED: 10/26/2017 TO D006   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D007 | CERTIFIED MAI ISSUED: 10/26/2017 TO D007   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D008 | CERTIFIED MAI ISSUED: 10/26/2017 TO D008   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D009 | CERTIFIED MAI ISSUED: 10/26/2017 TO D009   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D010 | CERTIFIED MAI ISSUED: 10/26/2017 TO D010   (AV02) | RUP |
| 10/26/2017 | 11:43 AM | D011 | CERTIFIED MAI ISSUED: 10/26/2017 TO D011   (AV02) | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D001 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D002 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D003 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D004 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D005 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D006 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D007 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D008 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D009 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D010 | RUP |
| 10/26/2017 | 11:44 AM | SORD | SERVICE ORDER SENT TO D011 | RUP |
| 10/26/2017 | 11:49 AM | ESCAN | SCAN - FILED 10/25/2017 - PRE TRIAL ORDER | RUP |
| 10/26/2017 | 4:22 PM | ESCAN | SCAN - FILED 10/25/2017 - SUMMONS ISSUED | RUP |
| 11/1/2017 | 2:22 PM | D002 | SERVICE OF CERTIFIED MAI ON 10/28/2017 FOR D002 | HUP |
| 11/1/2017 | 2:22 PM | ESERC | SERVICE RETURN | HUP |
| 11/2/2017 | 2:19 PM | D001 | SERVICE OF CERTIFIED MAI ON 10/30/2017 FOR D001 | HUP |
| 11/2/2017 | 2:20 PM | ESERC | SERVICE RETURN | HUP |
| 11/2/2017 | 2:24 PM | D006 | SERVICE OF CERTIFIED MAI ON 10/30/2017 FOR D006 | HUP |
| 11/2/2017 | 2:25 PM | ESERC | SERVICE RETURN | HUP |
| 11/7/2017 | 2:16 PM | ESERC | SERVICE RETURN | HUP |
| 11/7/2017 | 2:16 PM | D010 | SERVICE OF CERTIFIED MAI ON 11/06/2017 FOR D010 | HUP |
| 11/7/2017 | 2:59 PM | ESERC | SERVICE RETURN | HUP |
| 11/7/2017 | 2:59 PM | D011 | SERVICE OF CERTIFIED MAI ON 11/06/2017 FOR D011 | HUP |
| 11/8/2017 | 11:20 AM | ESERC | SERVICE RETURN | HUP |
| 11/8/2017 | 11:20 AM | D009 | SERVICE OF CERTIFIED MAI ON 10/30/2017 FOR D009 | HUP |
| 11/22/2017 | 9:29 AM | EALIA | ALIAS SUMMONS E-FILED | BUS021 |
| 11/22/2017 | 9:30 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 11/22/2017 | 9:30 AM | D003 | D003 ADDR1 CHANGED FROM: C/O JOHN P COUCH, REG AGT | AJA |
| 11/22/2017 | 9:30 AM | D003 | D003 ADDR2 CHANGED FROM: 2001 SPRINGHILL AVENUE | AJA |

| | | | | |
|---|---|---|---|---|
| 11/22/2017 | 9:30 AM | D003 | D003 ADDR CITY CHANGED FROM: MOBILE        (AV02) | AJA |
| 11/22/2017 | 9:30 AM | D003 | D003 ADDR STATE CHANGED FROM: AL        (AV02) | AJA |
| 11/22/2017 | 9:30 AM | D003 | REISSUE OF CERTIFIED MA ON 11/22/2017 FOR D003 | AJA |
| 11/22/2017 | 9:33 AM | EALIA | ALIAS SUMMONS E-FILED | BUS021 |
| 11/22/2017 | 9:34 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 11/22/2017 | 9:34 AM | D004 | D004 ADDR1 CHANGED FROM: C/O JOHN P COUCH, REG AGT | AJA |
| 11/22/2017 | 9:34 AM | D004 | D004 ADDR2 CHANGED FROM: 2001 SPRINGHILL AVENUE | AJA |
| 11/22/2017 | 9:34 AM | D004 | D004 ADDR CITY CHANGED FROM: MOBILE        (AV02) | AJA |
| 11/22/2017 | 9:34 AM | D004 | D004 ADDR STATE CHANGED FROM: AL        (AV02) | AJA |
| 11/22/2017 | 9:34 AM | D004 | REISSUE OF CERTIFIED MA ON 11/22/2017 FOR D004 | AJA |
| 11/22/2017 | 9:36 AM | EALIA | ALIAS SUMMONS E-FILED | BUS021 |
| 11/22/2017 | 9:36 AM | D005 | D005 ADDR2 CHANGED FROM: 28080 HIGHWAY 98, STE D | AJA |
| 11/22/2017 | 9:36 AM | D005 | D005 ADDR CITY CHANGED FROM: DAPHNE        (AV02) | AJA |
| 11/22/2017 | 9:36 AM | D005 | REISSUE OF CERTIFIED MA ON 11/22/2017 FOR D005 | AJA |
| 11/22/2017 | 9:36 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 11/27/2017 | 9:01 AM | EALIA | ALIAS SUMMONS E-FILED | BUS021 |
| 11/27/2017 | 9:01 AM | D008 | D008 ADDR1 CHANGED FROM: 220 LAKE DRIVE        (AV02) | AJA |
| 11/27/2017 | 9:01 AM | D008 | D008 ADDR CITY CHANGED FROM: NEWARK        (AV02) | AJA |
| 11/27/2017 | 9:01 AM | D008 | D008 ADDR STATE CHANGED FROM: DE        (AV02) | AJA |
| 11/27/2017 | 9:01 AM | D008 | REISSUE OF CERTIFIED MA ON 11/27/2017 FOR D008 | AJA |
| 11/27/2017 | 9:01 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |

 *END OF THE REPORT*

DOCUMENT 3

ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, **Deceased, by and through DONNA BROCKEL, as Personal Representative** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 2017-CV-** |
| **v.** | ) ) | |
| **JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J,** | ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| **Defendants.** | ) ) | |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JOHN PATRICK COUCH

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **JOHN PATRICK COUCH** for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

### INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by Defendant to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

        (a)      For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 3

    (b)    For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

    (c)    If this person has given oral, recorded, written, or any other type of reports or statements, please state:

        (1)    The date, time, place and person to whom made;

        (2)    The substance of the reports or statements; and

        (3)    The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

    2.    Please state your full name, address(es), birth date and last 4 digits of your social security number.

**RESPONSE:**

    3.    Please provide a complete history of your educational background including the schools attended and degrees received.

**RESPONSE:**

    4.    Please provide a full employment history starting after you graduated with high school.

**RESPONSE:**

    5.    Please provide information regarding all licenses to practice medicine that you have received including the number(s), state(s) that issued you the license(s), and the dates in which the license(s) were in effect.

**RESPONSE:**

    6.    Do you currently have a license to practice medicine?   If not, please explain why.

DOCUMENT 3

**RESPONSE:**

7.      Please    provide    information    regarding    all    Drug    Enforcement
Administration  Registration  Numbers  issued  to  you  which  allowed  you  to
prescribe/dispense controlled substances.  This includes the Registration Number(s) and
the dates in which the Registrations were in effect.

**RESPONSE:**

8.      Do you currently have a Drug Enforcement Administration Registration
Number that is in effect?  If not, please explain why.

**RESPONSE:**

9.      Please provide information regarding all Alabama Controlled Substances
Certificates  issued  to  you.    This  includes  the  number(s)  and  the  dates  in  which  the
Certificates were in effect.

**RESPONSE:**

10.     Do you currently have an Alabama Controlled Substances Certificate that
is in effect?  If not, please explain why.

**RESPONSE:**

11.     Have  you  ever  been  disciplined  by  a  medical  board,  board  of  medical
examiners,  medical  licensure  commission,  state  agency,  or  any  other  regulatory  entity
regarding your practice of medicine (this includes but is not limited to the Alabama State
Board  of  Medical  Examiners  and  the  Medical  Licensure  Commission  of  Alabama)?   If
so, please explain when, by whom, the circumstances surrounding the discipline, and the
type of discipline received.

**RESPONSE:**

3

DOCUMENT 3

12.     In the last ten (10) years, have you been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) you were convicted or pled guilty, and the punishment(s)/sentence(s) received.

**RESPONSE:**

13.     State whether Defendant has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

14.     State whether the Defendant has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

15.     Please describe any ownership interests you have or had in Physicians Pain Specialists of Alabama, P.C., and identify all others who also have or had any ownership interests in Physicians Pain Specialists of Alabama, P.C.

**RESPONSE:**

16.     Please describe any ownership interests you have or had in C&R Pharmacy, LLC, and identify all others who also have or had any ownership interests in C&R Pharmacy, LLC.

4

**RESPONSE:**

17.     Please state the time period in which you treated Bruce Brockel including the start and ending dates.

**RESPONSE:**

18.     Please identify all medications that you have ever prescribed to Bruce Brockel including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

19.     Regarding the medications you prescribed to Bruce Brockel, have you ever received any speaking fees, referral fees, and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications? If so, please describe in detail said speaking fees, referral fees, and/or kickbacks.

**RESPONSE:**

20.     Please state the name and address of each person that Defendant will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

21.     With respect to each expert consulted by Defendant or whom it expects to call as a witness at the trial of this case, please state the following:

> a.     The name, address and telephone number of each such expert witness;
>
> b.     A summary of such experts' education and qualifications;

5

    c.      A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

    d.      The present employer of each expert witness.

**RESPONSE:**

22.    With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

    a.      The opinions expected to be the subject of testimony at the trial of this case;

    b.      The facts upon which each such opinion is based;

    c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

23.    If Defendant asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between Defendant and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

2.      Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.      Please produce Bruce Brockel's complete medical file.  This includes all medical treatment provided and all prescriptions.

**RESPONSE:**

4.      Please produce a copy of all of your licenses to practice medicine.

**RESPONSE:**

5.      Please produce a copy of all of your Drug Enforcement Administration Registration Numbers.

**RESPONSE:**

6.      Please produce a copy of all of your Alabama Controlled Substances Certificates.

**RESPONSE:**

7.      Please produce all documents related to all medications that you prescribed that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to you.

**RESPONSE:**

8.      Please produce all documents in the last fifteen (15) years regarding discipline you received by any medical board, board of medical examiners, medical licensure commission, state agency, or any other regulatory entity regarding your practice of medicine (this includes but is not limited to the Alabama State Board of Medical Examiners and the Medical Licensure Commission of Alabama).

DOCUMENT 3

**RESPONSE:**

9.     Produce any and all complaints (including lawsuits) received by Defendant from individuals/entities in the last fifteen (15) years regarding medical treatment you provided.

**RESPONSE:**

10.     Regarding the medications you prescribed to Bruce Brockel, please produce all documents relating to any speaking fees, referral fees, and/or kickbacks you received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

11.     Produce a copy of any insurance policy(s) which may provide coverage to Defendant for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

12.     Please produce all documents which support any of Defendant's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

DOCUMENT 3

Attorneys for the ESTATE OF BRUCE BROCKEL, deceased, by and through DONNA BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:**

**JOHN PATRICK COUCH**
**Register Number: 14290-003**
**C/O: FCI Forrest City Low**
**1400 Dale Bumpers Road, Forrest City, AR 72335**

9

DOCUMENT 4

ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **THE ESTATE OF BRUCE BROCKEL,** Deceased, by and through **DONNA BROCKEL,** as Personal Representative | ) ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) |
| **JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J,** | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**Civil Action No. 2017-CV-**

**PLAINTIFF DEMANDS TRIAL BY JURY**

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT RASSAN M. TARABEIN

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **RASSAN M. TARABEIN** for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.    Please identify by name, address and phone number all persons known by Defendant to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

       (a)    For each person listed above, state briefly the facts of which such person has knowledge;

1

     (b)    For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

     (c)    If this person has given oral, recorded, written, or any other type of reports or statements, please state:

          (1)    The date, time, place and person to whom made;

          (2)    The substance of the reports or statements; and

          (3)    The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.    Please state your full name, address(es), birth date and last 4 digits of your social security number.

**RESPONSE:**

3.    Please provide a complete history of your educational background including the schools attended and degrees received.

**RESPONSE:**

4.    Please provide a full employment history starting after you graduated with high school.

**RESPONSE:**

5.    Please provide information regarding all licenses to practice medicine that you have received including the number(s), state(s) that issued you the license(s), and the dates in which the license(s) were in effect.

**RESPONSE:**

6.    Do you currently have a license to practice medicine? If not, please explain why.

2

**RESPONSE:**

7.      Please    provide    information    regarding    all    Drug    Enforcement

Administration  Registration  Numbers  issued  to  you  which  allowed  you  to

prescribe/dispense controlled substances.  This includes the Registration Number(s) and

the dates in which the Registrations were in effect.

**RESPONSE:**

8.      Do you currently have a Drug Enforcement Administration Registration

Number that is in effect?  If not, please explain why.

**RESPONSE:**

9.      Please provide information regarding all Alabama Controlled Substances

Certificates  issued  to  you.    This  includes  the  number(s)  and  the  dates  in  which  the

Certificates were in effect.

**RESPONSE:**

10.     Do you currently have an Alabama Controlled Substances Certificate that

is in effect?  If not, please explain why.

**RESPONSE:**

11.     Have you ever been disciplined by a medical board, board of medical

examiners, medical licensure commission, state agency, or any other regulatory entity

regarding your practice of medicine (this includes but is not limited to the Alabama State

Board of Medical Examiners and the Medical Licensure Commission of Alabama)?  If

so, please explain when, by whom, the circumstances surrounding the discipline, and the

type of discipline received.

**RESPONSE:**

3

12.     In the last ten (10) years, have you been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) you were convicted or pled guilty, and the punishment(s)/sentence(s) received.

**RESPONSE:**

13.     State whether Defendant has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

14.     State whether the Defendant has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

15.     Please describe any ownership interests you have or had in Eastern Shore Neurology Clinic, Inc.

**RESPONSE:**

16.     Please state the time period in which you treated Bruce Brockel including the start and ending dates.

**RESPONSE:**

4

17.     Please identify all medications that you have ever prescribed to Bruce Brockel including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

18.     Regarding the medications you prescribed to Bruce Brockel, have you ever received any speaking fees, referral fees, and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications? If so, please describe in detail said speaking fees, referral fees, and/or kickbacks.

**RESPONSE:**

19.     Please state the name and address of each person that Defendant will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

20.     With respect to each expert consulted by Defendant or whom it expects to call as a witness at the trial of this case, please state the following:

> a.     The name, address and telephone number of each such expert witness;
>
> b.     A summary of such experts' education and qualifications;
>
> c.     A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;
>
> d.     The present employer of each expert witness.

**RESPONSE:**

21.     With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

        a.     The opinions expected to be the subject of testimony at the trial of this case;

        b.     The facts upon which each such opinion is based;

        c.     All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

22.     If Defendant asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.     Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between Defendant and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

2.     Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.     Please produce Bruce Brockel's complete medical file.  This includes all medical treatment provided and all prescriptions.

DOCUMENT 4

**RESPONSE:**

    4.      Please produce a copy of all of your licenses to practice medicine.

**RESPONSE:**

    5.      Please produce a copy of all of your Drug Enforcement Administration Registration Numbers.

**RESPONSE:**

    6.      Please produce a copy of all of your Alabama Controlled Substances Certificates.

**RESPONSE:**

    7.      Please produce all documents related to all medications that you prescribed that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS"). This includes all ARCOS records available to you.

**RESPONSE:**

    8.      Please produce all documents in the last fifteen (15) years regarding discipline you received by any medical board, board of medical examiners, medical licensure commission, state agency, or any other regulatory entity regarding your practice of medicine (this includes but is not limited to the Alabama State Board of Medical Examiners and the Medical Licensure Commission of Alabama).

**RESPONSE:**

    9.      Produce any and all complaints (including lawsuits) received by Defendant from individuals/entities in the last fifteen (15) years regarding medical treatment you provided.

**RESPONSE:**

10.   Regarding the medications you prescribed to Bruce Brockel, please produce all documents relating to any speaking fees, referral fees, and/or kickbacks you received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

11.   Produce a copy of any insurance policy(s) which may provide coverage to Defendant for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

12.   Please produce all documents which support any of Defendant's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

Respectfully submitted,

_____
**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE BROCKEL, deceased, by and through DONNA BROCKEL, as Personal Representative
**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

8

DOCUMENT 4

**<u>PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:</u>**

**RASSAN M. TARABEIN
22341 Main Street, Fairhope, AL 36532**

DOCUMENT 5



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL,       )
Deceased, by and through DONNA      )
BROCKEL, as Personal Representative )
                                    )
            Plaintiff,              )          Civil Action No. 2017-CV-
                                    )
v.                                  )
                                    )          PLAINTIFF DEMANDS
JOHN PATRICK COUCH, RASSAN M.       )          TRIAL BY JURY
TARABEIN, PHYSICIANS PAIN          )
SPECIALISTS OF ALABAMA, P.C.,       )
C&R PHARMACY, LLC,                  )
EASTERN SHORE NEUROLOGY             )
CLINIC, INC., PURDUE PHARMA L.P.,   )
PFIZER INC., ENDO PHARMACEUTICALS   )
INC., ENDO INTERNATIONAL PLC,       )
KVK-TECH, INC., ZYDUS               )
PHARMACEUTICALS (USA) INC.,         )
A, B, C, D, E, F, G, H, I, and J,   )
                                    )
            Defendants.             )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as "**PPSA**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by PPSA to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

       (a)     For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 5

(b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

  (1)     The date, time, place and person to whom made;

  (2)     The substance of the reports or statements; and

  (3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.     Please state the corporate address of PPSA.

**RESPONSE:**

3.     Please provide the names and addresses of all individuals/entities that have (or had) an ownership interest in PPSA in the last fifteen (15) years.

**RESPONSE:**

4.     Please state the time period in which Dr. John Patrick Couch had an ownership interest in PPSA.

**RESPONSE:**

5.     Is PPSA still an existing entity?  If not, please explain why not and the date it ceased to exist.

**RESPONSE:**

6.     In the last ten (10) years, has PPSA been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) PPSA was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

DOCUMENT 5

7.      State whether PPSA has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.      State whether PPSA has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.      In the last fifteen (15) years, has PPSA been fined or reprimanded by any entity?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.      Please state the time period in which Bruce Brockel was treated at PPSA including the start and ending dates.

**RESPONSE:**

11.      Please identify all medications prescribed to Bruce Brockel from PPSA's offices including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

3

DOCUMENT 5

12.    Regarding the medications prescribed to Bruce Brockel, has PPSA ever received any referral fees and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

13.    Please state the name and address of each person that PPSA will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

14.    With respect to each expert consulted by PPSA or whom it expects to call as a witness at the trial of this case, please state the following:

    a.    The name, address and telephone number of each such expert witness;

    b.    A summary of such experts' education and qualifications;

    c.    A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

    d.    The present employer of each expert witness.

**RESPONSE:**

15.    With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

    a.    The opinions expected to be the subject of testimony at the trial of this case;

4

    b.      The facts upon which each such opinion is based;

    c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

16.    If PPSA asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between PPSA and any individual or entity regarding the claims made by Plaintiff and the alleged damage. This Request does not include communications with counsel.

**RESPONSE:**

2.    Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.    Please produce Bruce Brockel's complete medical file. This includes all medical treatment provided at PPSA and all prescriptions.

**RESPONSE:**

4.    Please produce all documents related to all medications that were prescribed at PPSA's offices and that were tracked in the Certified Automation of

DOCUMENT 5

Reports and Consolidated Orders System ("ARCOS"). This includes all ARCOS records available to PPSA.

**RESPONSE:**

5.   Please produce all documents in the last fifteen (15) years regarding any fines or reprimands received by PPSA from any entity.

**RESPONSE:**

6.   Produce any and all complaints (including lawsuits) received by PPSA from individuals/entities in the last fifteen (15) years regarding medical treatment provided at PPSA's offices.

**RESPONSE:**

7.   Regarding the medications prescribed to Bruce Brockel, please produce all documents relating to any referral fees and/or kickbacks PPSA received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

8.   Produce a copy of any insurance policy(s) which may provide coverage to PPSA for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

9.   Please produce all documents which support any of PPSA's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

6

DOCUMENT 5

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)


**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

**PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.**
**C/O: John Patrick Couch, Registered Agent**
**2001 Springhill Avenue**
**Mobile, AL 36607**

DOCUMENT 6



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| THE ESTATE OF BRUCE BROCKEL,<br>Deceased, by and through DONNA<br>BROCKEL, as Personal Representative | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| JOHN PATRICK COUCH, RASSAN M.<br>TARABEIN, PHYSICIANS PAIN<br>SPECIALISTS OF ALABAMA, P.C.,<br>C&R PHARMACY, LLC,<br>EASTERN SHORE NEUROLOGY<br>CLINIC, INC., PURDUE PHARMA L.P.,<br>PFIZER INC., ENDO PHARMACEUTICALS<br>INC., ENDO INTERNATIONAL PLC,<br>KVK-TECH, INC., ZYDUS<br>PHARMACEUTICALS (USA) INC.,<br>A, B, C, D, E, F, G, H, I, and J, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

**Civil Action No. 2017-CV-**

**PLAINTIFF DEMANDS
TRIAL BY JURY**

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT C&R PHARMACY, LLC

Plaintiff propounds the following Interrogatories and Requests for Production of

Documents to Defendant **C&R PHARMACY, LLC** (hereinafter referred to as "**C&R**")

for responses pursuant to and within the time limitations contained in the *Alabama Rules*

*of Civil Procedure*:

### INTERROGATORIES

1.     Please identify by name, address and phone number all persons known by

C&R to have knowledge of facts which relate to the allegations, issues, and/or defenses

involved in this lawsuit.

        (a)     For each person listed above, state briefly the facts of which such
person has knowledge;

1

DOCUMENT 6

(b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

(1)     The date, time, place and person to whom made;

(2)     The substance of the reports or statements; and

(3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.     Please state the business address of C&R.

**RESPONSE:**

3.     Please provide the names and addresses of all individuals/entities that have (or had) an ownership/shareholder interest in C&R in the last fifteen (15) years.

**RESPONSE:**

4.     Please state the time period in which Dr. John Patrick Couch had an ownership/shareholder interest in C&R.

**RESPONSE:**

5.     Is C&R still an existing entity?  If not, please explain why not and the date it ceased to exist.

**RESPONSE:**

6.     In the last ten (10) years, has C&R been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) C&R was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

2

7.      State whether C&R has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.      State whether C&R has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.      In the last fifteen (15) years, has C&R been fined or reprimanded by any entity?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.     Please state the time period in which Bruce Brockel filled prescriptions at C&R including the start and ending dates.

**RESPONSE:**

11.     Please identify all medications prescribed to Bruce Brockel and filled at C&R including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

12.   Regarding the medications prescribed to Bruce Brockel, has C&R ever received any referral fees and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

13.   Please state the name and address of each person that C&R will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

14.   With respect to each expert consulted by C&R or whom it expects to call as a witness at the trial of this case, please state the following:

a.   The name, address and telephone number of each such expert witness;

b.   A summary of such experts' education and qualifications;

c.   A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

d.   The present employer of each expert witness.

**RESPONSE:**

15.   With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

a.   The opinions expected to be the subject of testimony at the trial of this case;

4

DOCUMENT 6

        b.      The facts upon which each such opinion is based;

        c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

16.      If C&R asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between C&R and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

2.      Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.      Please produce all records regarding prescriptions that Bruce Brockel filled at C&R.  This includes, but is not limited to, a list of all prescriptions filled at C&R with the names of the manufacturers and distributors.

**RESPONSE:**

4.     Please produce all documents related to all prescriptions filled at C&R and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS"). This includes all ARCOS records available to C&R.

**RESPONSE:**

5.     Please produce all documents in the last fifteen (15) years regarding any fines or reprimands received by C&R from any entity.

**RESPONSE:**

6.     Produce any and all complaints (including lawsuits) received by C&R from individuals/entities in the last fifteen (15) years regarding prescriptions filled at C&R.

**RESPONSE:**

7.     Regarding the medications prescribed to Bruce Brockel and filled by C&R, please produce all documents relating to any referral fees and/or kickbacks C&R received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

8.     Produce a copy of any insurance policy(s) which may provide coverage to C&R for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

9.     Please produce all documents which support any of C&R's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

DOCUMENT 6

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

## PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:

**C&R PHARMACY, LLC**
**C/O: John Patrick Couch, Registered Agent**
**2001 Springhill Avenue**
**Mobile, AL 36607**

DOCUMENT 7



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| THE ESTATE OF BRUCE BROCKEL,<br>Deceased, by and through DONNA<br>BROCKEL, as Personal Representative | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JOHN PATRICK COUCH, RASSAN M.<br>TARABEIN, PHYSICIANS PAIN<br>SPECIALISTS OF ALABAMA, P.C.,<br>C&R PHARMACY, LLC,<br>EASTERN SHORE NEUROLOGY<br>CLINIC, INC., PURDUE PHARMA L.P.,<br>PFIZER INC., ENDO PHARMACEUTICALS<br>INC., ENDO INTERNATIONAL PLC,<br>KVK-TECH, INC., ZYDUS<br>PHARMACEUTICALS (USA) INC.,<br>A, B, C, D, E, F, G, H, I, and J, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Civil Action No. 2017-CV-

**PLAINTIFF DEMANDS
TRIAL BY JURY**

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT EASTERN SHORE NEUROLOGY CLINIC, INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "**ESNC**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by ESNC to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

(a)     For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 7

(b)    For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)    If this person has given oral, recorded, written, or any other type of reports or statements, please state:

    (1)    The date, time, place and person to whom made;

    (2)    The substance of the reports or statements; and

    (3)    The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.    Please state the corporate address of ESNC.

**RESPONSE:**

3.    Please provide the names and addresses of all individuals/entities that have (or had) an ownership interest in ESNC in the last fifteen (15) years.

**RESPONSE:**

4.    Please state the time period in which Dr. Rassan M. Tarabein had an ownership interest in ESNC.

**RESPONSE:**

5.    Is ESNC still an existing entity? If not, please explain why not and the date it ceased to exist.

**RESPONSE:**

6.    In the last ten (10) years, has ESNC been convicted of a felony or pled guilty to a felony? If so, please state the criminal offense(s), the date(s) ESNC was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

DOCUMENT 7

7.      State whether ESNC has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.      State whether ESNC has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.      In the last fifteen (15) years, has ESNC been fined or reprimanded by any entity?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.     Please state the time period in which Bruce Brockel was treated at ESNC including the start and ending dates.

**RESPONSE:**

11.     Please identify all medications prescribed to Bruce Brockel from ESNC's offices including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

DOCUMENT 7

12.     Regarding the medications prescribed to Bruce Brockel, has ESNC ever received any referral fees and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

13.     Please state the name and address of each person that ESNC will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

14.     With respect to each expert consulted by ESNC or whom it expects to call as a witness at the trial of this case, please state the following:

        a.     The name, address and telephone number of each such expert witness;

        b.     A summary of such experts' education and qualifications;

        c.     A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

        d.     The present employer of each expert witness.

**RESPONSE:**

15.     With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

        a.     The opinions expected to be the subject of testimony at the trial of this case;

4

    b.      The facts upon which each such opinion is based;

    c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

    16.    If ESNC asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

    1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between ESNC and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

    2.    Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

    3.    Please produce Bruce Brockel's complete medical file.  This includes all medical treatment provided at ESNC and all prescriptions.

**RESPONSE:**

    4.    Please produce all documents related to all medications that were prescribed at ESNC's offices and that were tracked in the Certified Automation of

Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to ESNC.

**RESPONSE:**

5.    Please produce all documents in the last fifteen (15) years regarding any fines or reprimands received by ESNC from any entity.

**RESPONSE:**

6.    Produce any and all complaints (including lawsuits) received by ESNC from individuals/entities in the last fifteen (15) years regarding medical treatment provided at ESNC's offices.

**RESPONSE:**

7.    Regarding the medications prescribed to Bruce Brockel, please produce all documents relating to any referral fees and/or kickbacks ESNC received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

8.    Produce a copy of any insurance policy(s) which may provide coverage to ESNC for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

9.    Please produce all documents which support any of ESNC's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

6

DOCUMENT 7

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)


**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

EASTERN SHORE NEUROLOGY CLINIC, INC.
C/O: Rassan M. Tarabein, Registered Agent
28080 U.S. Highway 98, STE D
Daphne, AL 36526

DOCUMENT 8



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2017-CV- |
| v. | ) ) | PLAINTIFF DEMANDS TRIAL BY JURY |
| JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PURDUE PHARMA L.P.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **PURDUE PHARMA L.P.** (hereinafter referred to as "**PURDUE PHARMA**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

### INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by PURDUE PHARMA to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

      (a)      For each person listed above, state briefly the facts of which such person has knowledge;

1

(b)    For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)    If this person has given oral, recorded, written, or any other type of reports or statements, please state:

    (1)    The date, time, place and person to whom made;

    (2)    The substance of the reports or statements; and

    (3)    The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.    Please state the business address of PURDUE PHARMA.

**RESPONSE:**

3.    Please state the date when PURDUE PHARMA was formed and the State of Formation.

**RESPONSE:**

4.    Please describe the corporate structure of PURDUE PHARMA including its relationship with Purdue Pharma, Inc., The Purdue Frederick Company, Inc., Purdue Pharmaceuticals L.P., Purdue Pharma Manufacturing L.P, and Purdue Products L.P.

**RESPONSE:**

5.    Please state the names and addresses of the executives, officers, and directors of PURDUE PHARMA.

**RESPONSE:**

6.    In the last fifteen (15) years, has PURDUE PHARMA been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s), the date(s) PURDUE PHARMA was convicted or pled guilty, and the punishment(s) received.  This

DOCUMENT 8

includes, but is not limited to, in 2007 when PURDUE PHARMA and several executives pled guilty to federal criminal charges that they misled regulators, doctors, and patients about OxyContin's risk of addiction and its potential to be abused, and paid a fine in excess of $600 million.

**RESPONSE:**

7.      State whether PURDUE PHARMA has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.   This includes, but is not limited to, PURDUE PHARMA agreeing to pay approximately $19.5 million in a multi-state settlement.

**RESPONSE:**

8.      State whether PURDUE PHARMA has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.      In the last fifteen (15) years, has PURDUE PHARMA been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?  If so, please state when and the circumstances surrounding the fines or reprimands.  This includes, but is not limited to, in 2007 when PURDUE PHARMA and several executives

3

pled guilty to federal criminal charges that they misled regulators, doctors, and patients about OxyContin's risk of addiction and its potential to be abused, and paid a fine in excess of $600 million.

**RESPONSE:**

10.    Is it PURDUE PHARMA's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

11.    Does PURDUE PHARMA agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant?  If PURDUE PHARMA disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.    Is it PURDUE PHARMA's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.    What warnings has PURDUE PHARMA given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.    Please state the number/amount of opioids manufactured/sold by PURDUE PHARMA in the Unites Sates each year for the past fifteen (15) years.

4

**RESPONSE:**

15.    In the last fifteen (15) years, please state the amount of gross revenue that PURDUE PHARMA has generated each year regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

16.    What steps has PURDUE PHARMA taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

**RESPONSE:**

17.    What steps has PURDUE PHARMA taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

**RESPONSE:**

18.    Please describe in detail PURDUE PHARMA's agreement to implement effective controls against the illegal diversion of OxyContin.  This includes, but is not limited to, the "OxyContin Abuse and Diversion Detection Program".

**RESPONSE:**

19.    What protocol/procedure does PURDUE PHARMA have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.    Please describe in detail PURDUE PHARMA's "Region Zero" database that contains a list of more than 1800 doctors who it suspects of recklessly prescribing OxyContin.

**RESPONSE:**

21.    Have doctors John Patrick Couch, Xiulu Ruan and Rassan M. Tarabein ever been on PURDUE PHARMA's "Region Zero" database?  If so, please state the time period(s) in which they were on said database.

**RESPONSE:**

22.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by PURDUE PHARMA, has PURDUE PHARMA ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

23.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by PURDUE PHARMA, please state the name(s) of the distributor(s).

**RESPONSE:**

24.    Please state the name and address of each person that PURDUE PHARMA will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

25.    With respect to each expert consulted by PURDUE PHARMA or whom it expects to call as a witness at the trial of this case, please state the following:

        a.    The name, address and telephone number of each such expert witness;

        b.    A summary of such experts' education and qualifications;

    c.      A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

    d.      The present employer of each expert witness.

**RESPONSE:**

26.    With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

    a.      The opinions expected to be the subject of testimony at the trial of this case;

    b.      The facts upon which each such opinion is based;

    c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

27.    If PURDUE PHARMA asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between PURDUE PHARMA and any individual or entity regarding the claims made by

7

Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

2.      Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.      Please produce all records regarding opioids manufactured/sold by PURDUE PHARMA and prescribed to Bruce Brockel.  This includes the distributors and sales representatives of the medications.

**RESPONSE:**

4.      Please produce all documents related to all opioids manufactured/sold by PURDUE PHARMA and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to PURDUE PHARMA.

**RESPONSE:**

5.      Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by PURDUE PHARMA from any entity relating to the manufacturing/selling of opioids.  This includes, but is not limited to, in 2007 when PURDUE PHARMA and several executives pled guilty to federal criminal charges that they misled regulators, doctors, and patients about OxyContin's risk of addiction and its potential to be abused, and paid a fine in excess of $600 million.

**RESPONSE:**

6.      Please produce all documents in the last fifteen (15) years regarding PURDUE PHARMA (including its executives) pleading guilty or being found guilty of any crime.  This includes, but is not limited to, in 2007 when PURDUE PHARMA and several executives pled guilty to federal criminal charges that they misled regulators, doctors, and patients about OxyContin's risk of addiction and its potential to be abused, and paid a fine in excess of $600 million.

**RESPONSE:**

7.      Produce any and all complaints (including lawsuits) received by PURDUE PHARMA from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by PURDUE PHARMA.  This includes, but is not limited to, the litigation wherein PURDUE PHARMA agreed to pay approximately $19.5 million in a multi-state settlement.

**RESPONSE:**

8.      Produce all warnings that PURDUE PHARMA has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose.  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.      Produce all documents showing the number/amount of opioids manufactured/sold by PURDUE PHARMA in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.    Produce all documents showing the amount of gross revenue that PURDUE PHARMA has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

11.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

**RESPONSE:**

12.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by PURDUE PHARMA to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by PURDUE PHARMA to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

**RESPONSE:**

16.     Produce all documents (including emails, correspondence and memoranda) that discuss PURDUE PHARMA's agreement to implement effective controls against the illegal diversion of OxyContin.  This includes, but is not limited to, the "OxyContin Abuse and Diversion Detection Program".

**RESPONSE:**

17.     Produce all documents (including emails, correspondence and memoranda) regarding PURDUE PHARMA's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.     Produce all documents (including emails, correspondence and memoranda) regarding PURDUE PHARMA's "Region Zero" database that contains a list of more than 1800 doctors who it suspects of recklessly prescribing OxyContin.

**RESPONSE:**

19.     Produce a printout of PURDUE PHARMA's "Region Zero" database that lists doctors John Patrick Couch, Xiulu Ruan or Rassan M. Tarabein.

**RESPONSE:**

20.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by PURDUE PHARMA, please produce all documents relating to any referral fees and/or

DOCUMENT 8

kickbacks given by PURDUE PHARMA to distributors, sales representatives or any other entities.

**RESPONSE:**

21.     Produce a copy of any insurance policy(s) which may provide coverage to PURDUE PHARMA for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

22.     Please produce all documents which support any of PURDUE PHARMA's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

12

**<u>PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:</u>**

**PURDUE PHARMA L.P.**
**C/O: Corporation Service Company, Inc., Registered Agent**
**641 South Lawrence Street**
**Montgomery, AL 36104**

DOCUMENT 9



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL,     )
Deceased, by and through DONNA   )
BROCKEL, as Personal Representative )
                                 )
          Plaintiff,             )        Civil Action No. 2017-CV-
                                 )
v.                               )
                                 )        **PLAINTIFF DEMANDS**
JOHN PATRICK COUCH, RASSAN M.    )        **TRIAL BY JURY**
TARABEIN, PHYSICIANS PAIN        )
SPECIALISTS OF ALABAMA, P.C.,    )
C&R PHARMACY, LLC,               )
EASTERN SHORE NEUROLOGY          )
CLINIC, INC., PURDUE PHARMA L.P., )
PFIZER INC., ENDO PHARMACEUTICALS )
INC., ENDO INTERNATIONAL PLC,    )
KVK-TECH, INC., ZYDUS            )
PHARMACEUTICALS (USA) INC.,      )
A, B, C, D, E, F, G, H, I, and J, )
                                 )
          Defendants.            )

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PFIZER INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **PFIZER INC.** (hereinafter referred to as "**PFIZER**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

### INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by PFIZER to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

        (a)      For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 9

    (b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

    (c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

        (1)     The date, time, place and person to whom made;

        (2)     The substance of the reports or statements; and

        (3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

    2.     Please state the business address of PFIZER.

**RESPONSE:**

    3.     Please state the date when PFIZER was formed and the State of Formation.

**RESPONSE:**

    4.     Please describe the corporate structure of PFIZER including all subsidiaries and parent companies.

**RESPONSE:**

    5.     Please state the names and addresses of the executives, officers, and directors of PFIZER.

**RESPONSE:**

    6.     In the last fifteen (15) years, has PFIZER been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s), the date(s) PFIZER was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

7.     State whether PFIZER has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.     State whether PFIZER has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.     In the last fifteen (15) years, has PFIZER been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?  If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.    Is it PFIZER's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

11.    Does PFIZER agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction

3

risk is less significant?  If PFIZER disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.   Is it PFIZER's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.   What warnings has PFIZER given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.   Please state the number/amount of opioids manufactured/sold by PFIZER in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

15.   In the last fifteen (15) years, please state the amount of gross revenue that PFIZER has generated each year regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

16.   What steps has PFIZER taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

**RESPONSE:**

17.   What steps has PFIZER taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

DOCUMENT 9

**RESPONSE:**

18.     Please describe in detail any agreement by PFIZER to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

19.     What protocol/procedure does PFIZER have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by PFIZER, has PFIZER ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?   If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

21.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by PFIZER, please state the name(s) of the distributor(s).

**RESPONSE:**

22.     Please state the name and address of each person that PFIZER will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

23.     With respect to each expert consulted by PFIZER or whom it expects to call as a witness at the trial of this case, please state the following:

> a. The name, address and telephone number of each such expert witness;
>
> b. A summary of such experts' education and qualifications;
>
> c. A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;
>
> d. The present employer of each expert witness.

**RESPONSE:**

24. With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

> a. The opinions expected to be the subject of testimony at the trial of this case;
>
> b. The facts upon which each such opinion is based;
>
> c. All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

25. If PFIZER asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever

between PFIZER and any individual or entity regarding the claims made by Plaintiff and the alleged damage. This Request does not include communications with counsel.

**RESPONSE:**

      2.     Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

      3.     Please produce all records regarding opioids manufactured/sold by PFIZER and prescribed to Bruce Brockel. This includes the distributors and sales representatives of the medications.

**RESPONSE:**

      4.     Please produce all documents related to all opioids manufactured/sold by PFIZER and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS"). This includes all ARCOS records available to PFIZER.

**RESPONSE:**

      5.     Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by PFIZER from any entity relating to the manufacturing/selling of opioids.

**RESPONSE:**

      6.     Please produce all documents in the last fifteen (15) years regarding PFIZER (including its executives) pleading guilty or being found guilty of any crime.

**RESPONSE:**

7.     Produce any and all complaints (including lawsuits) received by PFIZER from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by PFIZER.

**RESPONSE:**

8.     Produce all warnings that PFIZER has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose. This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.     Produce all documents showing the number/amount of opioids manufactured/sold by PFIZER in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.    Produce all documents showing the amount of gross revenue that PFIZER has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

11.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

**RESPONSE:**

12.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-

surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by PFIZER to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by PFIZER to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

**RESPONSE:**

16.    Produce all documents (including emails, correspondence and memoranda) that discuss PFIZER's agreement to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

17.    Produce all documents (including emails, correspondence and memoranda) regarding PFIZER's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by PFIZER, please produce all documents relating to any referral fees and/or kickbacks given by PFIZER to distributors, sales representatives or any other entities.

**RESPONSE:**

19.     Produce a copy of any insurance policy(s) which may provide coverage to PFIZER for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

20.     Please produce all documents which support any of PFIZER's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

                                            Respectfully submitted,

                                            _____
                                            **JONATHON R. LAW** (LAW039)
                                            **DAVID A. BUSBY** (BUS021)

                                            DANIELL, UPTON & PERRY, P.C.
                                            30421 HIGHWAY 181
                                            DAPHNE, AL 36527
                                            jrl@dupm.com  (E-mail)
                                            dab@dupm.com (E-mail)
                                            (251) 625-0046 (Voice)
                                            (251) 625-0464 (Fax)
                                            Attorneys    for    the    ESTATE    OF    BRUCE
                                            BROCKEL,  deceased,  by  and  through  DONNA
                                            BROCKEL, as Personal Representative

                                            **C. BENNETT, LONG**
                                            LONG & LONG
                                            301 ST. LOUIS STREET
                                            MOBILE, AL 36602
                                            bennett@longandlong.com
                                            (251) 432-2277 (Voice)

10

DOCUMENT 9

**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:**

**PFIZER INC.**
C/O: C T Corporation System, Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL 36104

DOCUMENT 10

ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, **Deceased, by and through DONNA BROCKEL, as Personal Representative** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 2017-CV-** |
| **v.** | ) ) | |
| **JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| **Defendants.** | ) ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ENDO PHARMACEUTICALS INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as "**ENDO PHARMACEUTICALS**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.    Please identify by name, address and phone number all persons known by ENDO PHARMACEUTICALS to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

      (a)    For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 10

(b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

(1)     The date, time, place and person to whom made;

(2)     The substance of the reports or statements; and

(3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.     Please state the business address of ENDO PHARMACEUTICALS.

**RESPONSE:**

3.     Please state the date when ENDO PHARMACEUTICALS was formed and the State of Formation.

**RESPONSE:**

4.     Please describe the corporate structure of ENDO PHARMACEUTICALS (including all subsidiaries and parent companies), and the relationship to Endo International PLC.

**RESPONSE:**

5.     Please state the names and addresses of the executives, officers, and directors of ENDO PHARMACEUTICALS.

**RESPONSE:**

6.     In the last fifteen (15) years, has ENDO PHARMACEUTICALS been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s),

the date(s) ENDO PHARMACEUTICALS was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

7.     State whether ENDO PHARMACEUTICALS has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.     State whether ENDO PHARMACEUTICALS has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.     In the last fifteen (15) years, has ENDO PHARMACEUTICALS been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?  If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.     Is it ENDO PHARMACEUTICALS's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

3

**RESPONSE:**

11.    Does ENDO PHARMACEUTICALS agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant?  If ENDO PHARMACEUTICALS disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.    Is it ENDO PHARMACEUTICALS's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.    What warnings has ENDO PHARMACEUTICALS given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.    Please state the number/amount of opioids manufactured/sold by ENDO PHARMACEUTICALS in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

15.    In the last fifteen (15) years, please state the amount of gross revenue that ENDO    PHARMACEUTICALS    has    generated    each    year    regarding    the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

4

16.    What steps has ENDO PHARMACEUTICALS taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

**RESPONSE:**

17.    What steps has ENDO PHARMACEUTICALS taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

**RESPONSE:**

18.    Please    describe    in    detail    any    agreement    by    ENDO PHARMACEUTICALS to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

19.    What protocol/procedure does ENDO PHARMACEUTICALS have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO PHARMACEUTICALS, has ENDO PHARMACEUTICALS ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

21.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO PHARMACEUTICALS, please state the name(s) of the distributor(s).

**RESPONSE:**

5

22.    Please state the name and address of each person that ENDO PHARMACEUTICALS will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

23.    With respect to each expert consulted by ENDO PHARMACEUTICALS or whom it expects to call as a witness at the trial of this case, please state the following:

        a.    The name, address and telephone number of each such expert witness;

        b.    A summary of such experts' education and qualifications;

        c.    A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

        d.    The present employer of each expert witness.

**RESPONSE:**

24.    With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

        a.    The opinions expected to be the subject of testimony at the trial of this case;

        b.    The facts upon which each such opinion is based;

        c.    All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

25.     If ENDO PHARMACEUTICALS asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.     Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between ENDO PHARMACEUTICALS and any individual or entity regarding the claims made by Plaintiff and the alleged damage.   This Request does not include communications with counsel.

**RESPONSE:**

2.     Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.     Please produce all records regarding opioids manufactured/sold by ENDO PHARMACEUTICALS and prescribed to Bruce Brockel.  This includes the distributors and sales representatives of the medications.

**RESPONSE:**

4.     Please produce all documents related to all opioids manufactured/sold by ENDO PHARMACEUTICALS and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to ENDO PHARMACEUTICALS.

**RESPONSE:**

5.    Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by ENDO PHARMACEUTICALS from any entity relating to the manufacturing/selling of opioids.

**RESPONSE:**

6.    Please produce all documents in the last fifteen (15) years regarding ENDO PHARMACEUTICALS (including its executives) pleading guilty or being found guilty of any crime.

**RESPONSE:**

7.    Produce any and all complaints (including lawsuits) received by ENDO PHARMACEUTICALS from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by ENDO PHARMACEUTICALS.

**RESPONSE:**

8.    Produce all warnings that ENDO PHARMACEUTICALS has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose. This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.    Produce all documents showing the number/amount of opioids manufactured/sold by ENDO PHARMACEUTICALS in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.    Produce all documents showing the amount of gross revenue that ENDO PHARMACEUTICALS has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

11.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

**RESPONSE:**

12.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ENDO PHARMACEUTICALS to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ENDO PHARMACEUTICALS to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

9

**RESPONSE:**

16.    Produce   all   documents   (including   emails,   correspondence   and memoranda) that discuss ENDO PHARMACEUTICALS's agreement to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

17.    Produce   all   documents   (including   emails,   correspondence   and memoranda) regarding ENDO PHARMACEUTICALS's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO PHARMACEUTICALS, please produce all documents relating to any referral fees and/or kickbacks given by ENDO PHARMACEUTICALS to distributors, sales representatives or any other entities.

**RESPONSE:**

19.    Produce a copy of any insurance policy(s) which may provide coverage to ENDO PHARMACEUTICALS for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

20.    Please   produce   all   documents   which   support   any   of   ENDO PHARMACEUTICALS's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

DOCUMENT 10

Respectfully submitted,

_____
**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

## PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:

**ENDO PHARMACEUTICALS INC.**
**220 Lake Drive**
**Newark, DE 19702**

11

DOCUMENT 11

ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL, )
Deceased, by and through DONNA )
BROCKEL, as Personal Representative )
                                   )
           Plaintiff, )        **Civil Action No. 2017-CV-**
                                   )
v. )
                                   )        **PLAINTIFF DEMANDS**
JOHN PATRICK COUCH, RASSAN M. )        **TRIAL BY JURY**
TARABEIN, PHYSICIANS PAIN )
SPECIALISTS OF ALABAMA, P.C., )
C&R PHARMACY, LLC, )
EASTERN SHORE NEUROLOGY )
CLINIC, INC., PURDUE PHARMA L.P., )
PFIZER INC., ENDO PHARMACEUTICALS )
INC., ENDO INTERNATIONAL PLC, )
KVK-TECH, INC., ZYDUS )
PHARMACEUTICALS (USA) INC., )
A, B, C, D, E, F, G, H, I, and J, )
                                   )
          Defendants. )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ENDO INTERNATIONAL PLC

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **ENDO INTERNATIONAL PLC** (hereinafter referred to as "**ENDO INTERNATIONAL**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.     Please identify by name, address and phone number all persons known by ENDO INTERNATIONAL to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

        (a)     For each person listed above, state briefly the facts of which such person has knowledge;

1

(b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

    (1)     The date, time, place and person to whom made;

    (2)     The substance of the reports or statements; and

    (3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.     Please state the business address of ENDO INTERNATIONAL.

**RESPONSE:**

3.     Please state the date when ENDO INTERNATIONAL was formed and the Place of Formation.

**RESPONSE:**

4.     Please describe the corporate structure of ENDO INTERNATIONAL (including all subsidiaries and parent companies), and the relationship to Endo Pharmaceuticals Inc.

**RESPONSE:**

5.     Please state the names and addresses of the executives, officers, and directors of ENDO INTERNATIONAL.

**RESPONSE:**

6.     In the last fifteen (15) years, has ENDO INTERNATIONAL been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s),

the date(s) ENDO INTERNATIONAL was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

7.    State whether ENDO INTERNATIONAL has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.    State whether ENDO INTERNATIONAL has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.    In the last fifteen (15) years, has INTERNATIONAL been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?  If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.    Is it ENDO INTERNATIONAL's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

3

11.     Does ENDO INTERNATIONAL agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant?  If ENDO INTERNATIONAL disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.     Is it ENDO INTERNATIONAL's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.     What warnings has ENDO INTERNATIONAL given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.     Please state the number/amount of opioids manufactured/sold by ENDO INTERNATIONAL in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

15.     In the last fifteen (15) years, please state the amount of gross revenue that ENDO INTERNATIONAL has generated each year regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

16.     What steps has ENDO INTERNATIONAL taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

4

**RESPONSE:**

17.    What steps has ENDO INTERNATIONAL taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

**RESPONSE:**

18.    Please describe in detail any agreement by ENDO INTERNATIONAL to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

19.    What protocol/procedure does ENDO INTERNATIONAL have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO INTERNATIONAL, has ENDO INTERNATIONAL ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

21.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO INTERNATIONAL, please state the name(s) of the distributor(s).

**RESPONSE:**

22.    Please state the name and address of each person that ENDO INTERNATIONAL will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

DOCUMENT 11

23.     With respect to each expert consulted by ENDO INTERNATIONAL or whom it expects to call as a witness at the trial of this case, please state the following:

  a.     The name, address and telephone number of each such expert witness;

  b.     A summary of such experts' education and qualifications;

  c.     A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

  d.     The present employer of each expert witness.

**RESPONSE:**

24.     With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

  a.     The opinions expected to be the subject of testimony at the trial of this case;

  b.     The facts upon which each such opinion is based;

  c.     All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

25.     If ENDO INTERNATIONAL asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

6

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between ENDO INTERNATIONAL and any individual or entity regarding the claims made by Plaintiff and the alleged damage.   This Request does not include communications with counsel.

**RESPONSE:**

2.      Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.      Please produce all records regarding opioids manufactured/sold by ENDO INTERNATIONAL and prescribed to Bruce Brockel.   This includes the distributors and sales representatives of the medications.

**RESPONSE:**

4.      Please produce all documents related to all opioids manufactured/sold by ENDO INTERNATIONAL and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").   This includes all ARCOS records available to ENDO INTERNATIONAL.

**RESPONSE:**

5.      Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by ENDO INTERNATIONAL from any entity relating to the manufacturing/selling of opioids.

**RESPONSE:**

6.    Please produce all documents in the last fifteen (15) years regarding ENDO INTERNATIONAL (including its executives) pleading guilty or being found guilty of any crime.

**RESPONSE:**

7.    Produce any and all complaints (including lawsuits) received by ENDO INTERNATIONAL from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by ENDO INTERNATIONAL.

**RESPONSE:**

8.    Produce all warnings that ENDO INTERNATIONAL has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose.  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.    Produce all documents showing the number/amount of opioids manufactured/sold by ENDO INTERNATIONAL in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.    Produce all documents showing the amount of gross revenue that ENDO INTERNATIONAL has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

11.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

8

**RESPONSE:**

12.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ENDO INTERNATIONAL to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ENDO INTERNATIONAL to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

**RESPONSE:**

16.     Produce all documents (including emails, correspondence and memoranda) that discuss ENDO INTERNATIONAL's agreement to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

17.    Produce   all   documents   (including   emails,   correspondence   and memoranda) regarding ENDO INTERNATIONAL's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO INTERNATIONAL, please produce all documents relating to any referral fees and/or   kickbacks   given   by   ENDO   INTERNATIONAL   to   distributors,   sales representatives or any other entities.

**RESPONSE:**

19.    Produce a copy of any insurance policy(s) which may provide coverage to ENDO INTERNATIONAL for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

20.    Please   produce   all   documents   which   support   any   of   ENDO INTERNATIONAL's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

Respectfully submitted,

_____

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)

DOCUMENT 11

(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

**ENDO INTERNATIONAL PLC**
**1400 Atwater Drive**
**Malvern, PA 19355**

11

DOCUMENT 12

ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, **Deceased, by and through DONNA BROCKEL, as Personal Representative** | ) ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action No. 2017-CV- |
| **v.** | ) ) | **PLAINTIFF DEMANDS** |
| **JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **TRIAL BY JURY** |
| **Defendants.** | ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KVK-TECH, INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **KVK-TECH, INC.** (hereinafter referred to as "**KVK-TECH**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by KVK-TECH to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

(a)      For each person listed above, state briefly the facts of which such person has knowledge;

1

(b)   For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)   If this person has given oral, recorded, written, or any other type of reports or statements, please state:

(1)   The date, time, place and person to whom made;

(2)   The substance of the reports or statements; and

(3)   The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.   Please state the business address of KVK-TECH.

**RESPONSE:**

3.   Please state the date when KVK-TECH was formed and the State of Formation.

**RESPONSE:**

4.   Please describe the corporate structure of KVK-TECH including all subsidiaries and parent companies.

**RESPONSE:**

5.   Please state the names and addresses of the executives, officers, and directors of KVK-TECH.

**RESPONSE:**

6.   In the last fifteen (15) years, has KVK-TECH been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s), the date(s) KVK-TECH was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

DOCUMENT 12

7.      State whether KVK-TECH has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.      State whether KVK-TECH has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.      In the last fifteen (15) years, has KVK-TECH been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?  If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.     Is it KVK-TECH's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

11.     Does KVK-TECH agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction

DOCUMENT 12

risk is less significant?  If KVK-TECH disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.    Is it KVK-TECH's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.    What warnings has KVK-TECH given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.    Please state the number/amount of opioids manufactured/sold by KVK-TECH in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

15.    In the last fifteen (15) years, please state the amount of gross revenue that KVK-TECH has generated each year regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

16.    What steps has KVK-TECH taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

**RESPONSE:**

17.    What steps has KVK-TECH taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

DOCUMENT 12

**RESPONSE:**

18.    Please describe in detail any agreement by KVK-TECH to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

19.    What protocol/procedure does KVK-TECH have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by KVK-TECH, has KVK-TECH ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

21.    Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by KVK-TECH, please state the name(s) of the distributor(s).

**RESPONSE:**

22.    Please state the name and address of each person that KVK-TECH will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

23.    With respect to each expert consulted by KVK-TECH or whom it expects to call as a witness at the trial of this case, please state the following:

a. The name, address and telephone number of each such expert witness;

b. A summary of such experts' education and qualifications;

c. A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

d. The present employer of each expert witness.

**RESPONSE:**

24. With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

a. The opinions expected to be the subject of testimony at the trial of this case;

b. The facts upon which each such opinion is based;

c. All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

25. If KVK-TECH asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

6

DOCUMENT 12

## <u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>

1.     Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between KVK-TECH and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**<u>RESPONSE:</u>**

2.     Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**<u>RESPONSE:</u>**

3.     Please produce all records regarding opioids manufactured/sold by KVK-TECH and prescribed to Bruce Brockel.   This includes the distributors and sales representatives of the medications.

**<u>RESPONSE:</u>**

4.     Please produce all documents related to all opioids manufactured/sold by KVK-TECH and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to KVK-TECH.

**<u>RESPONSE:</u>**

5.     Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by KVK-TECH from any entity relating to the manufacturing/selling of opioids.

**<u>RESPONSE:</u>**

7

6.      Please produce all documents in the last fifteen (15) years regarding KVK-TECH (including its executives) pleading guilty or being found guilty of any crime.

**RESPONSE:**

7.      Produce any and all complaints (including lawsuits) received by KVK-TECH from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by KVK-TECH.

**RESPONSE:**

8.      Produce all warnings that KVK-TECH has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose. This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.      Produce all documents showing the number/amount of opioids manufactured/sold by KVK-TECH in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.     Produce all documents showing the amount of gross revenue that KVK-TECH has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

11.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

**RESPONSE:**

12. Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13. Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14. Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by KVK-TECH to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15. Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by KVK-TECH to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

**RESPONSE:**

16. Produce all documents (including emails, correspondence and memoranda) that discuss KVK-TECH's agreement to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

17.     Produce all documents (including emails, correspondence and memoranda) regarding KVK-TECH's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by KVK-TECH, please produce all documents relating to any referral fees and/or kickbacks given by KVK-TECH to distributors, sales representatives or any other entities.

**RESPONSE:**

19.     Produce a copy of any insurance policy(s) which may provide coverage to KVK-TECH for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

20.     Please produce all documents which support any of KVK-TECH's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

Respectfully submitted,

_____
**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

10

DOCUMENT 12

Attorneys for the ESTATE OF BRUCE BROCKEL, deceased, by and through DONNA BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

**<u>PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:</u>**

**KVK-TECH, INC.**
**110 Terry Drive, Suite 200**
**Newtown, PA 18940**

11

DOCUMENT 13

ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J, )<br><br>Defendants. ) | Civil Action No. 2017-CV-<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ZYDUS PHARMACEUTICALS (USA) INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **ZYDUS PHARMACEUTICALS (USA) INC.** (hereinafter referred to as "**ZYDUS**") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

### INTERROGATORIES

1. Please identify by name, address and phone number all persons known by ZYDUS to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

  (a) For each person listed above, state briefly the facts of which such person has knowledge;

1

(b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

(1)     The date, time, place and person to whom made;

(2)     The substance of the reports or statements; and

(3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.     Please state the business address of ZYDUS.

**RESPONSE:**

3.     Please state the date when ZYDUS was formed and the State of Formation.

**RESPONSE:**

4.     Please describe the corporate structure of ZYDUS including all subsidiaries and parent companies.

**RESPONSE:**

5.     Please state the names and addresses of the executives, officers, and directors of ZYDUS.

**RESPONSE:**

6.     In the last fifteen (15) years, has ZYDUS been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s), the date(s) ZYDUS was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

2

7.     State whether ZYDUS has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.     State whether ZYDUS has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.     In the last fifteen (15) years, has ZYDUS been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?  If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.    Is it ZYDUS's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

11.    Does ZYDUS agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction

3

risk is less significant?  If ZYDUS disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.    Is it ZYDUS's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.    What warnings has ZYDUS given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.    Please state the number/amount of opioids manufactured/sold by ZYDUS in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

15.    In the last fifteen (15) years, please state the amount of gross revenue that ZYDUS has generated each year regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

16.    What steps has ZYDUS taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

**RESPONSE:**

17.    What steps has ZYDUS taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

4

DOCUMENT 13

**RESPONSE:**

18.     Please describe in detail any agreement by ZYDUS to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

19.     What protocol/procedure does ZYDUS have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ZYDUS, has ZYDUS ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?   If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

21.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ZYDUS, please state the name(s) of the distributor(s).

**RESPONSE:**

22.     Please state the name and address of each person that ZYDUS will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

23.     With respect to each expert consulted by ZYDUS or whom it expects to call as a witness at the trial of this case, please state the following:

DOCUMENT 13

    a.      The name, address and telephone number of each such expert witness;

    b.      A summary of such experts' education and qualifications;

    c.      A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

    d.      The present employer of each expert witness.

**RESPONSE:**

24.    With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

    a.      The opinions expected to be the subject of testimony at the trial of this case;

    b.      The facts upon which each such opinion is based;

    c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

25.    If ZYDUS asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever

between ZYDUS and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

       2.      Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

       3.      Please produce all records regarding opioids manufactured/sold by ZYDUS and prescribed to Bruce Brockel.  This includes the distributors and sales representatives of the medications.

**RESPONSE:**

       4.      Please produce all documents related to all opioids manufactured/sold by ZYDUS and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to ZYDUS.

**RESPONSE:**

       5.      Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by ZYDUS from any entity relating to the manufacturing/selling of opioids.

**RESPONSE:**

       6.      Please produce all documents in the last fifteen (15) years regarding ZYDUS (including its executives) pleading guilty or being found guilty of any crime.

**RESPONSE:**

7.     Produce any and all complaints (including lawsuits) received by ZYDUS from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by ZYDUS.

**RESPONSE:**

8.     Produce all warnings that ZYDUS has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose. This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.     Produce all documents showing the number/amount of opioids manufactured/sold by ZYDUS in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.     Produce all documents showing the amount of gross revenue that ZYDUS has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

11.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

**RESPONSE:**

12.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-

surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ZYDUS to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15.     Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ZYDUS to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

**RESPONSE:**

16.     Produce all documents (including emails, correspondence and memoranda) that discuss ZYDUS's agreement to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

17.     Produce all documents (including emails, correspondence and memoranda) regarding ZYDUS's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold

by ZYDUS, please produce all documents relating to any referral fees and/or kickbacks

given by ZYDUS to distributors, sales representatives or any other entities.

**RESPONSE:**

19.     Produce a copy of any insurance policy(s) which may provide coverage to

ZYDUS for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

20.     Please produce all documents which support any of ZYDUS's Affirmative

Defenses to Plaintiff's Complaint.

**RESPONSE:**

Respectfully submitted,

_____

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

DOCUMENT 13

**<u>PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG WITH THE COMPLAINT TO THE FOLLOWING:</u>**

**ZYDUS PHARMACEUTICALS (USA) INC.**
**73 Route 31 N.**
**Pennington, NJ 08534**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** JOHN PATRICK COUCH #14290-003, C/O FCI FORREST CITY LOW 1400 DALE BUMPERS ROAD, FORREST CITY, AR 72335

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                                County,

*(Name of Person Served)*          *(Name of County)*

Alabama on

*(Date)*

*(Address of Server)*

*(Type of Process Server)*          *(Server's Signature)*

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** RASSAN M. TARABEIN, 22341 MAIN STREET, FAIRHOPE, AL 36532

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____                      _____

*(Address of Server)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** PHYSICIAN PAIN SPECIALISTS OF ALABAMA, P.C., C/O JOHN P COUCH, REG AGT 2001 SPRINGHILL AVENUE, MOBILE, AL 36607

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    _____

*(Type of Process Server)*            *(Server's Signature)*                *(Address of Server)*

_____    _____

*(Server's Printed Name)*            *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-902787.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A**

**NOTICE TO:** C&R PHARMACY, LLC, C/O JOHN P COUCH, REG AGT 2001 SPRINGHILL AVENUE, MOBILE, AL 36607

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____
*(Address of Server)*

| _____ | _____ | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |

_____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A**

**NOTICE TO:** EASTERN SHORE NEUROLOGY CLINIC, INC., C/ORASSAN TARABEIN REG AG 28080 HIGHWAY 98, STE D, DAPHNE, AL 36526

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

*(Name of Person Served)*   *(Name of County)*

Alabama on

*(Date)*

*(Address of Server)*

*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name)*   *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** PURDUE PHARMA, L.P., C/O CORP SER CO, REG AGT 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____
*(Address of Server)*

| _____ | _____ | |
| *(Type of Process Server)* | *(Server's Signature)* | |

| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** PFIZER, INC., C/O CT CORP SYS, REG AGT 2 N JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____

*(Address of Server)*

_____    _____

*(Type of Process Server)*        *(Server's Signature)*

_____

_____    _____

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** ENDO PHARMACEUTICALS, INC., 220 LAKE DRIVE, NEWARK, DE 19702
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE
*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ DAVID A BUSBY MR.
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to
in                                                          County,
*(Name of Person Served)*              *(Name of County)*

Alabama on
*(Date)*

*(Address of Server)*

*(Type of Process Server)*        *(Server's Signature)*

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** ENDO INTERNATIONAL, PLC, 1400 ATWATER DRIVE, MALVERN, PA 19355

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____

*(Date)*

_____

*(Address of Server)*

_____                    _____

*(Type of Process Server)*      *(Server's Signature)*

_____                    _____

*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** KVK-TECH, INC., 110 TERRY DRIVE, STE 200, NEWTOWN, PA 18940

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____
*(Address of Server)*

| _____ | _____ | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |

_____                    _____
*(Server's Printed Name)*                    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** ZYDUS PHARMACEUTICALS (USA), INC., 73 ROUTE 31 N., PENNINGTON, NJ 08534

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____

*(Address of Server)*

| *(Type of Process Server)* | *(Server's Signature)* | |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 16

Revised 1-1-04; 4-1-99; 11-1-99

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Estate of Bruce Brockel, etc*

Plaintiff(s)

vs.                                                    CIVIL ACTION NO. *CV-17-902787*

                                                       DATE COMPLAINT FILED *10-25-17*

*John Patrick Couch et al*

Defendant(s)

ASSIGNMENT TO EXPEDITED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems and will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.

DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)     The date the complaint was filed;

DOCUMENT 16

(2)    That the issues in the case have been defined and joined;

(3)    That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)    That a jury trial has or has not been demanded;

(5)    The expected length of the trial expressed in hours and/or days;

(6)    A brief description of the plaintiff's claim;

(7)    The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)    That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)    That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)   That the movant certifies that he/she has read the pre-trial order; that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

DOCUMENT 16

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar):

GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.      EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.      Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 says prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.      Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.      Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.      DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.      If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.      Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.      The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.      DAMAGES

a.      All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.      Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.      AGENCY-TIME AND PLACE-DUTY

a.      Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

DOCUMENT 16

5. EXPERTS

a. Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b. Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c. Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d. Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6. JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7. JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8. DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9. MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10. CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the 16th day of October, 2017.

Presiding Judge, John R. Lockett

DOCUMENT 17

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **ORIGINAL** SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** JOHN PATRICK COUCH #14290-003, C/O FCI FORREST CITY LOW 1400 DALE BUMPERS ROAD, FORREST CITY, AR 72335

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: *(signature)* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

| ☑ Certified Mail is hereby requested. | /s/ DAVID A BUSBY MR. | JoJo Schwarzauer, Circuit Clerk |
|---|---|---|
| | *(Plaintiff's/Attorney's Signature)* | MOBILE COUNTY-CIVIL DIVISION<br>Mobile Government Plaza, Room C908<br>205 Government Street<br>Mobile, Alabama 36644-2936 |

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ *(Date)*

☐ I certify that I personally delivered a copy of the Summons and Complaint or other document to _____ County, _____

*(Name of County)*

*(Address of Server)*

*(Phone Number of Server)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

| Certified Mail Fee | $ |
|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt *(hardcopy)* | $ _____ |
| ☐ Return Receipt *(electronic)* | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |
| Postage | $ |
| Total Postage and Fees | $ |

.00

Sent To: John Patrick Couch #14290-003

Street and Apt No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

D THROUGH DONNA BROCKEL, A

D001 - JOHN PATRICK COUCH #14290-003

*(Defendant)*

DOCUMENT 17



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE          COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

----------------------------------------------------------------

IN THE CIRCUIT  COURT OF   MOBILE      COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D001


COUCH JOHN PATRICK #14290-003
C/O FCI FORREST CITY LOW
1400 DALE BUMPERS ROAD
FORREST CITY   ,AR  72335-0000


NOTES:
   YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE


----------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/26/2017  DATE          CLERK: JOJO SCHWARZAUER      BY:
                                    205 GOVERNMENT STREET
                                    MOBILE  AL  36644-2936
                                    (251)574-8420


----------------------------------------------------------------
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:

   _____       SIGNATURE OF SERVER

   _____
   _____
   NAME / ADDRESS ABOVE                   DATE
----------------------------------------------------------------
OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/201 | ORIGINAL SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

NOTICE TO: RASSAN M. TARABEIN, 22341 MAIN STREET, FAIRHOPE, AL 36532

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ DAVID A BUSBY MR.
*(Plaintiff's/Attorney's Signature)*

Jo Jo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Postmark
Here

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

☐ _____

*(Date)*

Complaint or other document to _____

_____ County,

*(Name of County)*

_____

*(Address of Server)*

_____

_____

*(Phone Number of Server)*

7.00

ND THROUGH DONNA BROCKEL, A

D002 - RASSAN M. TARABEIN

*(Defendant)*



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305                    ALABAMA JUDICIAL DATA CENTER
                               MOBILE     COUNTY
                          ORDER FOR SERVICE AND RETURN
                                                    CV 2017 902787.00
                                              BEN H. BROOKS
------------------------------------------------------------------

          IN THE CIRCUIT COURT OF   MOBILE      COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D002


          TARABEIN RASSAN M.
          22341 MAIN STREET

          FAIRHOPE      ,AL  36532-0000


NOTES:
     YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE


------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
10/26/2017  DATE          CLERK: JOJO SCHWARZAUER         BY
                                 105 GOVERNMENT STREET
                                 MOBILE  AL  36644-2936
                                 (251)574-8420

------------------------------------------------------------------
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:


   _____            SIGNATURE OF SERVER


   _____            _____
   NAME / ADDRESS ABOVE               DATE
------------------------------------------------------------------
OPERATOR: RUP
PREPARED: 10/26/2017

| State of Alabama | ORIGINAL SUMMONS | Court Case Number |
|---|---|---|
| Unified Judicial System | - CIVIL - | 02-CV-2017-902787.00 |
| Form C-34   Rev. 4/2017 | | |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A**

NOTICE TO: PHYSICIAN PAIN SPECIALISTS OF ALABAMA, P.C., C/O JOHN P COUCH, REG AGT 2001 SPRINGHILL AVENUE, MOBILE, AL 36607

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C608
205 Government Street
Mobile, Alabama 36644-2936

**RETURN ON SERVICE**

*(Date)*

and Complaint or other document to _____

_____ County,

*(Name of County)*

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____   Postmark
☐ Certified Mail Restricted Delivery   $ _____   Here
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

*(Address of Server)*

*(Phone Number of Server)*

?787.00

Y AND THROUGH DONNA BROCKEL, A

003 - PHYSICIAN PAIN SPECIALISTS OF ALABAMA, P.C.

*(Defendant)*

DOCUMENT 17



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

IN THE CIRCUIT COURT OF MOBILE        COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D003


PHYSICIAN PAIN SPECIALISTS OF ALABA
C/O JOHN P COUCH, REG AGT
2001 SPRINGHILL AVENUE
MOBILE        ,AL  36607-0000


NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE


TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
10/26/2017  DATE          CLERK: JOJO SCHWARZAUER          BY:
                                205 GOVERNMENT STREET
                                MOBILE AL  36644-2936
                                (251)574-8420


I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____        SIGNATURE OF SERVER

_____

NAME / ADDRESS ABOVE              DATE

OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama Unified Judicial System Form C-34   Rev. 4/2017 | ORIGINAL SUMMONS - CIVIL - | Court Case Number 02-CV-2017-902787.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** C&R PHARMACY, LLC, C/O JOHN P COUCH, REG AGT 2001 SPRINGHILL AVENUE, MOBILE, AL 36607

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

| ☑ Certified Mail is hereby requested. | /s/ DAVID A BUSBY MR. | JoJo Schwarzauer, Circuit Clerk MOBILE COUNTY-CIVIL DIVISION Mobile Government Plaza, Room C908 205 Government Street Mobile, Alabama 36644-2936 |
|---|---|---|
| | *(Plaintiff's/Attorney's Signature)* | |

### RETURN ON SERVICE

| | |
|---|---|
| **U.S. Postal Service™** **CERTIFIED MAIL® RECEIPT** *Domestic Mail Only* For delivery information, visit our website at *www.usps.com®*. **OFFICIAL USE** Certified Mail Fee $ Extra Services & Fees (check box, add fee as appropriate) ☐ Return Receipt (hardcopy)  $ ☐ Return Receipt (electronic)  $ ☐ Certified Mail Restricted Delivery  $ ☐ Adult Signature Required  $ ☐ Adult Signature Restricted Delivery $ Postmark Here Postage $ Total Postage and Fees $ Sent To Street and Apt. No., or PO Box No. City, State, ZIP+4® PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions | *(Date)* ☐ ....nd Complaint or other document to ................ .................................................. County, *(Name of County)* .................................................. *(Address of Server)* .................................................. .................................................. *(Phone Number of Server)* 87.00 AND THROUGH DONNA BROCKEL, A D004 - C&R PHARMACY, LLC *(Defendant)* |

DOCUMENT 17



SERVICE RETURN COPY

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

---

IN THE CIRCUIT  COURT OF   MOBILE       COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D004

C&R PHARMACY, LLC
C/O JOHN P COUCH, REG AGT
2001 SPRINGHILL AVENUE
MOBILE         ,AL  36607-0000

NOTES:
   YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/26/2017   DATE         CLERK: JOJO SCHWARZAUER            BY:
                                    2050 GOVERNMENT STREET
                                    MOBILE  AL  36644-2936
                                    (251)574-8420

---

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
         TO:

   _____                SIGNATURE OF SERVER

   _____

   NAME / ADDRESS ABOVE                DATE
---

OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama | ORIGINAL SUMMONS | Court Case Number |
|---|---|---|
| Unified Judicial System | - CIVIL - | 02-CV-2017-902787.00 |
| Form C-34   Rev. 4/2017 | | |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A**

**NOTICE TO:** EASTERN SHORE NEUROLOGY CLINIC, INC., C/O RASSAN TARABEIN REG AG 28080 HIGHWAY 98, STE D, DAPHINE, AL 36526

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

Jo Jo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C938
205 Government Street
Mobile, Alabama 36644-2936

**RETURN ON SERVICE**

☐   *(Date)*

☐ ... Complaint or other document to

... County,

*(Name of County)*

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$   7.00

*(Address of Server)*

*(Phone Number of Server)*

...ND THROUGH DONNA BROCKEL, A

...05 - EASTERN SHORE NEUROLOGY CLINIC, INC.

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

*(Defendant)*

DOCUMENT 17



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

--------------------------------------------------------------------

IN THE CIRCUIT  COURT OF   MOBILE     COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D005

EASTERN SHORE NEUROLOGY CLINIC, INC
C/ORASSAN TARABEIN REG AG
28080 HIGHWAY 98, STE D
DAPHNE          ,AL  36526-0000

NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

--------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/26/2017   DATE          CLERK: JOJO SCHWARZAUER           BY:
                                     205 GOVERNMENT STREET
                                     MOBILE  AL  36644-2936
                                     (251)574-8420

--------------------------------------------------------------------

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
        TO:

                                     _____
                                     SIGNATURE OF SERVER

   _____
   NAME / ADDRESS ABOVE                 DATE _____

OPERATOR: RUP
PREPARED: 10/26/2017

| State of Alabama Unified Judicial System Form C-34  Rev. 4/2017 | **ORIGINAL SUMMONS - CIVIL -** | **Court Case Number** 02-CV-2017-902787.00 |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A**

**NOTICE TO:** PURDUE PHARMA, L.P., C/O CORP SER CO, REG AGT 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

| ☑ Certified Mail is hereby requested. | /s/ DAVID A BUSBY MR. | JoJo Schwarzauer, Circuit Clerk |
| | *(Plaintiff's/Attorney's Signature)* | MOBILE COUNTY-CIVIL DIVISION Mobile Government Plaza, Room C938 205 Government Street Mobile, Alabama 36644-2936 |

**RETURN ON SERVICE**

☐ Ret

☐ I ce

Alabar

*(Type o*

C001 - Tr AND

| U.S. Postal Service™ **CERTIFIED MAIL® RECEIPT** *Domestic Mail Only* | |
| For delivery information, visit our website at *www.usps.com®*. | |
| **OFFICIAL USE** | |
| Certified Mail Fee $ | |
| Extra Services & Fees (check box, add fee as appropriate) ☐ Return Receipt (hardcopy)  $_____ ☐ Return Receipt (electronic)  $_____ ☐ Certified Mail Restricted Delivery  $_____ ☐ Adult Signature Required  $_____ ☐ Adult Signature Restricted Delivery $_____ | Postmark Here |
| Postage $ | |
| Total Postage and Fees $ | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |
| PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions | |

*(Date)*

...mplaint or other document to _____

_____ County,

*(Name of County)*

*(Address of Server)*

*(Phone Number of Server)*

0

THROUGH DONNA BROCKEL, A

D006 - PURDUE PHARMA, L.P.

*(Defendant)*



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE          COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

```
-----------------------------------------------------------------
              IN THE CIRCUIT  COURT OF   MOBILE        COUNTY
ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D006



          PURDUE PHARMA, L.P.
          C/O CORP SER CO, REG AGT
          641 SOUTH LAWRENCE STREET
          MONTGOMERY      ,AL  36104-0000



NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE



-----------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
  10/26/2017  DATE          CLERK: JOJO SCHWARZAUER          BY:
                                   205/GOVERNMENT STREET
                                   MOBILE  AL  36644-2936
                                   (251)574-8420


-----------------------------------------------------------------
  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN _____ COUNTY, ALABAMA
    TO:

  _____         SIGNATURE OF SERVER
                                   _____

  _____
  NAME / ADDRESS ABOVE             DATE_____
-----------------------------------------------------------------
OPERATOR: RUP
PREPARED: 10/26/2017
```

DOCUMENT 17

| State of Alabama | | **Court Case Number** |
| Unified Judicial System | **ORIGINAL** SUMMONS - CIVIL | 02-CV-2017-902787.00 |
| Form C-34   Rev. 4/2017 | | |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** PFIZER, INC., C/O CT CORP SYS, REG AGT 2 N JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐ Re

☐ I ce

Alaba

*(Type o*

C001 - T
AND

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Pfizer Inc.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

*(Date)*

omplaint or other document to

County,

*(Name of County)*

*(Address of Server)*

*(Phone Number of Server)*

00   THROUGH DONNA BROCKEL, A

D007 - PFIZER, INC.

*(Defendant)*



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

-------------------------------------------------------------------

IN THE CIRCUIT  COURT OF   MOBILE        COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D007

```
            PFIZER, INC.
            C/O CT CORP SYS, REG AGT
            2 N JACKSON ST., STE 605
            MONTGOMERY       ,AL  36104-0000
```

NOTES:
     YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

-------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
10/26/2017  DATE           CLERK: JOJO SCHWARZAUER         BY:
                                  205 GOVERNMENT STREET
                                  MOBILE  AL  36644-2936
                                  (251)574-8420

-------------------------------------------------------------------

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
     DOCUMENT IN _____ COUNTY, ALABAMA
     TO:

  _____        SIGNATURE OF SERVER

  _____
  _____
  NAME / ADDRESS ABOVE                 DATE
-------------------------------------------------------------------
OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama | ORIGINAL **SUMMONS** | Court Case Number |
|---|---|---|
| Unified Judicial System | - CIVIL - | 02-CV-2017-902787.00 |
| Form C-34 Rev. 4/2 | | |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** ENDO PHARMACEUTICALS, INC., 220 LAKE DRIVE, NEWARK, DE 19702

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

| ☑ Certified Mail is hereby requested. | /s/ DAVID A BUSBY MR. | JoJo Schwarzauer, Circuit Clerk |
|---|---|---|
| | *(Plaintiff's/Attorney's Signature)* | MOBILE COUNTY-CIVIL DIVISION |
| | | Mobile Government Plaza, Room C930 |
| | | 205 Government Street |
| | | Mobile, Alabama 36644-2936 |

### RETURN ON SERVICE

☐ Ret

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

☐ I ce

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Alabar

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

(Type of

Postmark
Here

Postage
$

Total Postage and Fees

Sent To *Endo Pharmaceuticals Inc.*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

C001 - T

AND

*(Date)*

mplaint or other document to

County,

*(Name of County)*

*(Address of Server)*

*(Phone Number of Server)*

0

THROUGH DONNA BROCKEL, A

D006 - ENDO PHARMACEUTICALS, INC.

*(Defendant)*

DOCUMENT 17



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

IN THE CIRCUIT COURT OF MOBILE        COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D008

ENDO PHARMACEUTICALS, INC.
220 LAKE DRIVE

NEWARK        ,DE  19702-0000

NOTES:
YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

10/26/2017   DATE        CLERK: JOJO SCHWARZAUER        BY:
205 GOVERNMENT STREET
MOBILE  AL  36644-2936
(251)574-8420

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____                SIGNATURE OF SERVER
_____

NAME / ADDRESS ABOVE        DATE

OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama Unified Judicial System Form C-34   Rev. 4/2017 | ORIGINAL SUMMONS - CIVIL - | Court Case Number 02-CV-2017-902787.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A**

**NOTICE TO:** ENDO INTERNATIONAL, PLC, 1400 ATWATER DRIVE, MALVERN, PA 19355

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

| /s/ DAVID A BUSBY MR. | Jo Jo Schwarzauer, Circuit Clerk |
|---|---|
| *(Plaintiff's/Attorney's Signature)* | MOBILE COUNTY-CIVIL DIVISION |
| | Mobile Government Plaza, Room C936 |
| | 205 Government Street |
| | Mobile, Alabama 36644-2936 |

**RETURN ON SERVICE**

☐ R

☐ I

*(Date)*

Complaint or other document to

_____ County,

*(Name of County)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt No., or PO Box No.

City, State, ZIP+4®

*(Address of Server)*

*(Phone Number of Server)*

.00

) THROUGH DONNA BROCKEL, A

D009 - ENDO INTERNATIONAL, PLC

*(Defendant)*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

DOCUMENT 17



**SERVICE RETURN COPY**

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN THE CIRCUIT  COURT OF  MOBILE       COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D009

ENDO INTERNATIONAL, PLC
1400 ATWATER DRIVE

MALVERN          ,PA  19355-0000

NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
              YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
              TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
  10/26/2017  DATE        CLERK: JOJO SCHWARZAUER          BY:
                                 205 GOVERNMENT STREET
                                 MOBILE  AL  36644-2936
                                 (251)574-8420

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN _____ COUNTY, ALABAMA
    TO:

  _____        SIGNATURE OF SERVER

  _____

  NAME / ADDRESS ABOVE               DATE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama Unified Judicial System Form C-34  Rev. 4/2017 | ORIGINAL SUMMONS - CIVIL - | Court Case Number 02-CV-2017-902787.00 |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** KVK-TECH, INC., 110 TERRY DRIVE, STE 200, NEWTOWN, PA 18940

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.
*(Plaintiff's/Attorney's Signature)*

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐ Re...

☐ I c...

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

...omplaint or other document to

*(Date)*

_____ County,

*(Name of County)*

*(Address of Server)*

*(Phone Number of Server)*

...00

...) THROUGH DONNA BROCKEL, A

D010 - KVK-TECH, INC.

*(Defendant)*

C001 -
AN...

DOCUMENT 17



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE          COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

--------------------------------------------------------------------

IN THE CIRCUIT  COURT OF   MOBILE       COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D010


KVK-TECH, INC.
110 TERRY DRIVE, STE 200
NEWTOWN          ,PA  18940-0000


NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE


--------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/26/2017  DATE          CLERK: JOJO SCHWARZAUER           BY:
                                    205 GOVERNMENT STREET
                                    MOBILE  AL  36644-2936
                                    (251)574-8420

--------------------------------------------------------------------
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:

   _____          SIGNATURE OF SERVER


   NAME / ADDRESS ABOVE              DATE
--------------------------------------------------------------------
OPERATOR: RUP
PREPARED: 10/26/2017

DOCUMENT 17

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/201? | **ORIGINAL** **SUMMONS** - CIVIL - | **Court Case Number**<br>02-CV-2017-902787.00 |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, A

**NOTICE TO:** ZYDUS PHARMACEUTICALS (USA), INC., 73 ROUTE 31 N., PENNINGTON, NJ 08534

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE ESTATE OF BRUCE BROCKEL, DECEASED, BY AND THROUGH DONNA BROCKEL, AS PERSONAL REPRESENTATIVE

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/25/2017 3:08:18 PM | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ DAVID A BUSBY MR.
*(Plaintiff's/Attorney's Signature)*

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C838
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐ Ret

☐ I cer

*(Date)*

mplaint or other document to

County,

*(Name of County)*

Alaban

*(Address of Server)*

*(Type of

*(Phone Number of Server)*

0

THROUGH DONNA BROCKEL, A

C001 - Ti

1 - ZYDUS PHARMACEUTICALS (USA), INC.

AND

*(Defendant)*

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

DOCUMENT 17



**SERVICE RETURN COPY**

DOCUMENT 17

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902787.00
BEN H. BROOKS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN THE CIRCUIT COURT OF   MOBILE        COUNTY

ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

SERVE ON:  D011

ZYDUS PHARMACEUTICALS (USA), INC.
73 ROUTE 31 N.

PENNINGTON    ,NJ  08534-0000

NOTES:
     YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/26/2017   DATE          CLERK: JOJO SCHWARZAUER)       BY
                                     205 GOVERNMENT STREET
                                     MOBILE  AL  36644-2936
                                     (251)574-8420

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
          TO:

   _____          SIGNATURE OF SERVER

   _____

   NAME / ADDRESS ABOVE                       DATE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OPERATOR: RUP
PREPARED: 10/26/2017

**DER: *COMPLETE THIS SECTION***

Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RASSAN M. TARABEIN

22341 MAIN STREET

FAIRHOPE, AL 36532

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3200 7166 1536 15

2. Article Number *(Transfer from service label)*

7017 1070 0000 1307 5533

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
10-28-17

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☒ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

DOCUMENT 18

DOCUMENT 18

USPS TRACKING #



9590 9402 3200 7166 1536 15

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C938
205 Government Street
Mobile, Alabama 36644-2936

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN PATRICK COUCH #14290-003

C/O FCI FORREST CITY LOW

1400 DALE BUMPERS ROAD

FORREST CITY, AR 72335

(CV-17-902787 (484-Delivery)

9590 9402 3200 7166 1536 22

2. Article Number *(Transfer from service label)*

7017 1070 0000 1307 5526

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Kurd_   ☑ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

_Kward_   10/30/17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #



9590 9402 3200 7166 1636 22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY CIVIL DIVISION
Mobile Government Plaza, Room C900
205 Government Street
Mobile, Alabama 36644-2936



**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    PURDUE PHARMA, L.P.

    C/O CORP SER CO, REG AGT

    641 SOUTH LAWRENCE STREET

    MONTGOMERY, AL 36104

9590 9402 3200 7166 1535 78

2. Article Number *(Transfer from service label)*

    7017 1070 0000 1307 5571

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Heather Wheeler*   ☑ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

*Heather Wheeler*   10-30-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No



CV-17-902787 GT&4 DISCOVERY 0006

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING#



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4800 7166 3535 78



United States
Postal Service

DOCUMENT 22

• Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C930
205 Government Street
Mobile, Alabama 36644-2098

**COMPLETE THIS SECTION**

- ...plete items 1, 2, and 3.
- ...t your name and address on the reverse
  ...that we can return the card to you.
- ...tach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

KVK-TECH, INC.

110 TERRY DRIVE, STE 200

NEWTOWN, PA 18940

CV-17-902787(4S+DIScovery) DO10

9590 9402 3200 7166 1535 30

2. Article Number (Transfer from service label)

7017 1070 0000 1307 5618

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addresse

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

DOCUMENT 24



## USPS TRACKING#



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**



* Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

DOCUMENT 24

**ER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X N Cyaeli

☐ Agent
☐ Addresse

B. Received by (Printed Name)

C. Date of Delive

1. Article Addressed to:

ZYDUS PHARMACEUTICALS (USA), INC.
73 ROUTE 31 N.
PENNINGTON, NJ 08534

CV-17-90287C(8+Discovery D011

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

9590 9402 3200 7166 1535 23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Rest
  Delivery
☐ Return Receipt for
  Merchandise
☐ Signature Confirmati
☐ Signature Confirmati
  Restricted Delivery

2. Article Number (Transfer from service label)

7017 1070 0000 2493 7516

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Re



USPS TRACKING#

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box●

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C938
205 Government Street
Mobile, Alabama 36644-2938

DOCUMENT 26

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ENDO INTERNATIONAL, PLC
1400 ATWATER DRIVE
MALVERN, PA 19355

CV-17-902787 CS+D Discovery 0009

DOCUMENT 28

9590 9402 3200 7166 1535 47

2. Article Number *(Transfer from service label)*

7017 1070 0000 1307 5601

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☑ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

10 30 17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

## USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

4590 9403 3200 7111 1636 67

**United States**
**Postal Service**

FRAZER PA 19355

NOV – 1 2017

USPS

• Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C930
205 Government Street
Mobile, Alabama 36644-2930

DOCUMENT 28

DOCUMENT 30

DOCUMENT 2



ELECTRONICALLY FILED
11/22/2017 9:29 AM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **THE ESTATE OF BRUCE BROCKEL,** Deceased, by and through **DONNA BROCKEL,** as Personal Representative )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J,** )<br><br>**Defendants.** ) | **Civil Action No. 2017-CV-**<br><br>**PLAINTIFF DEMANDS TRIAL BY JURY** |

## COMPLAINT

## PARTIES

1.      **DONNA BROCKEL** is an individual resident of Mobile, Mobile County, Alabama over the age of 19.   **DONNA BROCKEL** is the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased, appointed as such on or about October 19, 2017, by the Probate Court of Mobile County, Alabama.   A copy of the Letters of Administration is attached hereto as Exhibit "A".

2.      **DONNA BROCKEL** brings this wrongful death action as the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased (**DONNA BROCKEL** and the Estate shall hereinafter be collectively referred to as **"PLAINTIFF"**).

1

DOCUMENT 30

DOCUMENT 2

3.      On information and belief, Defendant, doctor **JOHN PATRICK COUCH** (hereinafter referred to as "COUCH"), is an individual currently serving time in a federal prison in Forrest City, Arkansas. **COUCH** may be served with process at 1400 Dale Bumpers Road, Forrest City, Arkansas 72335. **COUCH** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

4.      Defendant, doctor **RASSAN M. TARABEIN** (hereinafter referred to a as "TARABEIN"), is an individual resident of Fairhope, Baldwin County, Alabama. **TARABEIN** may be served with process at 22341 Main Street, Fairhope, Alabama 36532.

5.      Defendant, **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as "PPSA",) is an Alabama professional corporation with its principal place of business located in Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **PPSA**. **PPSA** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

6.      Defendant, **C&R PHARMACY, LLC** (hereinafter referred to as "C&R"), is an Alabama limited liability company with its principal place of business located in Mobile, Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **C&R**. **C&R** is/was located adjacent to **PPSA's** location on Airport Boulevard in Mobile, Alabama. **C&R** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

7.      Defendant, **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "ESNC"), is a corporation with its principal place of business located in Daphne, Baldwin County, Alabama. **TARABEIN** is/was the owner of **ESNC**. On information and belief, **TARABEIN** and/or **ESNC** were doing business as Eastern Shore Neurology and Pain

2

Center (a private clinic located at 27535 U.S. HWY 98, Daphne, Alabama 36526) where they provided services relating to neurology and pain management.

8.      Defendant, **PURDUE PHARMA L.P.** (hereinafter referred to as "**PURDUE PHARMA**"), is a Delaware limited partnership headquartered in Stamford, Connecticut. **PURDUE PHARMA** manufactures and sells Schedule II controlled substances such as Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR and fentanyl. **PURDUE PHARMA** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

9.      Defendant, **PFIZER INC.** (hereinafter referred to as "**PFIZER**"), is a corporation located in New York, New York. **PFIZER** manufactures and sells Schedule II controlled substances such as Avinza. **PFIZER** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

10.     Defendant, **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as "**ENDO PHARMACEUTICALS**"), is a Delaware corporation headquartered in Malvern, Pennsylvania. **ENDO PHARMACEUTICALS** manufactures and sells Schedule II controlled

3

substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). In 2010, Qualitest Pharmaceuticals became a wholly owned subsidiary of **ENDO PHARMACEUTICALS** (Qualitest effectively dissolved in 2016). **ENDO PHARMACEUTICALS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

11.     Defendant, **ENDO INTERNATIONAL PLC** (hereinafter referred to as "**ENDO INTERNATIONAL**"), has global headquarters in Dublin, Ireland and U.S. headquarters in Malvern, Pennsylvania. **ENDO INTERNATIONAL** manufactures and sells Schedule II controlled substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). **ENDO INTERNATIONAL** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

12.     Defendant, **KVK-TECH, INC.** (hereinafter referred to as "**KVK-TECH**"), is a corporation located in Newtown, Pennsylvania. **KVK-TECH** manufactures and sells Schedule II controlled substances such as Oxycodone Hydrochloride. **KVK-TECH** has transacted

4

substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

13.     Defendant, **ZYDUS PHARMACEUTICALS (USA) INC.** (hereinafter referred to as "**ZYDUS**"), is a Delaware corporation headquartered in Pennington, New Jersey.  **ZYDUS** manufactures and sells generic Schedule II controlled substances such as Oxycodone HCl (generic for OxyContin) and Morphine Sulfate (generic for MS Contin).  **ZYDUS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

14.     Defendants **A, B, C, D, E, F, G, H, I** and **J** are individuals, partnerships, corporations or other legal entities (including but not limited to doctors, manufacturers, distributors, and drug/pharmaceutical representatives) whose identities are currently unknown to the Plaintiff, and whose wrongful conduct described herein resulted in damage to the Plaintiff and the death of Bruce Brockel.

## FACTS

15.    In approximately 2004, Bruce Brockel was involved in a motor vehicle accident in Atlanta, Georgia resulting in a broken back, neck and arm.

16.    From 2004 to approximately 2010, Mr. Brockel was treated by doctors in the Dothan, Alabama area for pain caused by the motor vehicle accident.  They primarily prescribed him Lortab and muscle relaxers.

17.    Bruce and Donna Brockel moved to Mobile, Alabama in 2010.

18.    From approximately February 2011 until **COUCH's** arrest in approximately May 2015, **COUCH** treated Mr. Brockel for pain with prescription drugs including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl. Said treatment took place at **PPSA** in Mobile, Alabama.

19.    **COUCH** prescribed drugs (including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl) to Mr. Brockel without medical necessity or justification for profit.

20.    During the treatment of Mr. Brockel, **COUCH** kept increasing the amounts, potency, and types of drugs without necessity or justification in order to make a profit.

21.    On information and belief, in order to maximum profits and conceal his illegal activity, **COUCH** instructed and persuaded Mr. Brockel to fill his prescriptions at **C&R** which is a pharmacy that he co-owned in Mobile, Alabama.  Mr. Brockel followed his doctor's instructions.

22.    In 2017, **COUCH** was found guilty on a slate of federal charges including health care fraud and unlawful distribution of controlled substances.

DOCUMENT 30

DOCUMENT 2

23.     From approximately August 2015 until approximately April 2017, **TARABEIN** treated Mr. Brockel for pain with prescription drugs including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin. Said treatment took place at **ESNC** in Daphne, Alabama.

24.     **TARABEIN** prescribed drugs (including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin) to Mr. Brockel without medical necessity or justification for profit.

25.     During the treatment of Mr. Brockel, **TARABEIN** kept increasing the amounts, potency, and types of drugs without medical necessity or justification in order to make an unjust profit.

26.     During **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for receiving services and procedures (e.g. epidural blocks even though he was only providing trigger point injections, etc.) that were not actually provided.  On information and belief, **TARABEIN** did the same to maximize and unjustly profit which defrauded Mr. Brockel, BCBS of AL, and Medicare.

27.     Due to many years of taking drugs that were overprescribed by **COUCH** and **TARABEIN**, Mr. Brockel developed severe health problems including chronic obstructive pulmonary disease, shortness of breadth, asthma, anxiety, and depression.  He also had a history of suicidal ideations.

28.     In approximately April 2017, **TARABEIN** told Mr. Brockel to smoke marijuana for nausea because the government had legalized Cannabidiol ("CBD") oil.  Therefore, no one would know that he was smoking marijuana because marijuana and CBD oil would both test

7

DOCUMENT 30

DOCUMENT 2

positive for THC during a drug test.  Mr. Brockel followed **TARABEIN's** instruction and smoked marijuana.

29.    In approximately March 2017, Mr. Brockel asked **TARABEIN** to reduce the dosage of Morphine Sulfate.  Accordingly, **TARABEIN** reluctantly reduced the dosage of Morphine Sulfate (generic name for MS Contin) from 60 mg to 30 mg.

30.    Subsequently, **TARABEIN** ordered a DNA swab test and lied about the results (Patients receiving prescription narcotics are required to submit a one-time DNA swab for analysis to determine the patient's ability to process and metabolize the narcotic drugs).  In addition, **TARABEIN** told Mr. Brockel that he was in control of his future and to pay his account balance or he would not be able to get any further pain medication from anyone in the medical field.

31.    **TARABEIN** claimed that Mr. Brockel owed him approximately $2,413 and sent him a bill for same.  Mr. Brockel went to **TARABEIN's** office at **ESNC** and tried to pay the balance allegedly owed on the account.  However, **TARABEIN's** office refused to accept payment. Instead, **TARABEIN's** office said they would no longer treat him.

32.    Mr.  Brockel  pleaded  for  **TARABEIN's**  office  to  help  him  with detoxification/withdrawal but they refused.  Instead, **TARABEIN's** office told Mr. Brockel he was on his own.

33.    Thereafter, Mr. Brockel was unable to get the amounts and types of pain medications that he was accustomed to and as a result suffered severe pain, withdrawal, anxiety and depression.

34.    Due to the fact that Mr. Brockel had been taking pain medication for approximately 14 years, **TARABEIN** knew (or should have known) that Mr. Brockel would

8

suffer from severe pain, withdrawal, anxiety and depression when he abruptly stopped taking the addictive medications but did nothing to attempt to detoxify Mr. Brockel.

35.     Due to **COUCH's** and **TARABEIN's** overprescribing of drugs to Mr. Brockel as well as **TARABEIN's** extortion and abrupt stoppage of treatment without proper detoxification, Mr. Brockel committed suicide on or about August 7, 2017 in the parking lot of **COUCH's/PPS's** office in Mobile, Alabama. He was just 48 years old.

36.     August 7, 2017 was the same day **TARABEIN** filed his intent to plead guilty to health care fraud and unlawful distribution of controlled substances.

37.     **PLAINTIFF** avers that the death of Bruce Brockel was proximately caused by the wrongful conduct of the Defendants.

38.     **PLAINTIFF** brings this action for damages under the Alabama wrongful death statute, i.e., Alabama Code §6-5-410 (1975).

## FIRST CAUSE OF ACTION (AGAINST COUCH & TARABEIN)
### (Medical Malpractice)

39.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 38 as if fully set out herein.

40.     **PLAINTIFF** avers that **COUCH** and **TARABEIN** did not meet the applicable standard of care while treating Bruce Brockel, and that such failure was the proximate cause of Mr. Brockel's injuries and death. Examples of their failure to meet the applicable standard of care include, but are not limited to: overprescribing of prescription drugs; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency

9

machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

41.     Accordingly, **COUCH** and **TARABEIN** are liable under the Alabama Medical Liability Act (Alabama Code §6-5-480, et seq. (1975)).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, A, B, C, D, E, F, G, H, I and J** in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SECOND CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Negligence)

42.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 41 as if fully set out herein.

43.     **PLAINTIFF** avers that Defendants negligently failed to properly inform and/or warn Bruce Brockel of the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

44.     **PLAINTIFF** avers that Defendants negligently misrepresented the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants negligently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

45.     **PLAINTIFF** avers that Defendants were negligent by manufacturing, marketing, selling, distributing, and/or prescribing opioids/drugs to Mr. Brockel which were dangerously unsafe.  In addition, **PLAINTIFF** avers that Defendants negligently supplied opioids/drugs to

suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

46.     **PLAINTIFF** avers that Defendants negligently failed to alert the U.S. Drug Enforcement Administration of suspicious purchases of opioids, such as orders of unusual size, frequency or pattern.  Defendants negligently failed to monitor and/or report the suspicious purchases and orders of controlled substances.

47.     Among other things, **PLAINTIFF** avers that **COUCH** and **TARABEIN** were negligent by: overprescribing prescription drugs to Bruce Brockel; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

48.     **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the negligent conduct of Defendants.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

11

## THIRD CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Wantonness)

49.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 48 as if fully set out herein.

50.   **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the reckless and/or wanton conduct of the Defendants.  In addition, **PLAINTIFF** avers that Defendants knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Alabama Extended Manufacturer's Liability Doctrine)

51.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 50 as if fully set out herein.

52.   **PLAINTIFF** avers that opioids are products that are unreasonably dangerous to the ultimate user or consumer including Bruce Brockel.

53.   **PLAINTIFF** avers that Bruce Brockel's injuries and ultimate death were proximately caused by Defendants who sold and/or distributed opioids in a defective condition that made them unreasonably dangerous to Mr. Brockel as the ultimate user and consumer; that

12

DOCUMENT 30
DOCUMENT 2

Defendants were engaged in the business of selling and/or distributing opioids; and that the opioids were expected to, and did, reach Mr. Brockel without substantial change in the condition in which they were sold.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FIFTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Fraud & Misrepresentation)

54.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 53 as if fully set out herein.

55.     **PLAINTIFF** avers that Defendants committed fraud by misrepresenting and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.  **PLAINTIFF** also avers that Defendants fraudulently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

56.     **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** exaggerated the benefits of the medication and knew the drugs were being overprescribed, yet failed to warn doctors and others (including Mr. Brockel) of the extremely addictive nature of the narcotics and the need to strictly limit the dose.  In addition, **PLAINTIFF** avers that Defendants

13

DOCUMENT 30
DOCUMENT 2

knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

57.     **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** lobbied politicians and doctors in an effort to artificially increase the use of opioids, and willfully allowed the drugs to enter the black market.

58.     **PLAINTIFF** avers that Defendants **COUCH** and **TARABEIN** routinely charged for procedures that were not done in order to maximize profits.   For example, during **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for epidural blocks even though he was only providing trigger point injections.  On information and belief, **TARABEIN** did same to maximize profits which defrauded Mr. Brockel, BCBS of AL, and Medicare.

59.     Moreover, **COUCH** and **TARABEIN** committed fraud/misrepresentation by doing the following: prescribing drugs to Mr. Brockel without medical necessity or justification to make a profit; conducting unnecessary procedures; submitting improper charges for goods, services and procedures not actually performed; submitting improper charges for goods, services and procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; and receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties.

60.     **PLAINTIFF** avers that these actions were misrepresentations of material facts made willfully to deceive, or recklessly without knowledge, and were acted on by Mr. Brockel.

Accordingly, Defendants are liable for fraud and misrepresentation pursuant to Alabama Code §6-5-100 and §6-5-101 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SIXTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Suppression & Concealment)

61.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 60 as if fully set out herein.

62.    **PLAINTIFF** avers that Defendants committed fraud by suppressing and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

63.    **PLAINTIFF** avers that said suppression/concealment of material facts was in violation of Alabama Code §6-5-102 (1975), and tolled the applicable statutes of limitations regarding the Causes of Action alleged herein.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

DOCUMENT 30
DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SEVENTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Deceit)

64.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 63 as if fully set out herein.

65.   **PLAINTIFF** avers that Defendants deceived Mr. Brockel regarding the harmful effects and addictiveness of the opioids/drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

66.   **PLAINTIFF** avers that these actions were willful misrepresentations of material facts made to induce Mr. Brockel to act, and which he did causing his injuries and death. Accordingly, Defendants are liable for deceit pursuant to Alabama Code §6-5-103 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

16

## EIGHTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Unjust Enrichment)

67.  **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 66 as if fully set out herein.

68.  **PLAINTIFF** avers that Defendants have been unjustly enriched as a result of their wrongful actions as outlined herein.  Defendants should not be able to retain the profits made by their wrongful actions.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## NINTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Civil Conspiracy)

69.  **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 68 as if fully set out herein.

70.  **PLAINTIFF** avers that Defendants conspired to suppress and/or conceal the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

71.  **PLAINTIFF** avers that said suppression and concealment constitutes conspiracy.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

DOCUMENT 30
DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)
DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE BROCKEL,
deceased, by and through DONNA BROCKEL, as
Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

## PLEASE SERVE THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL:

**JOHN PATRICK COUCH**
**Register Number: 14290-003**
**C/O: FCI Forrest City Low**
**1400 Dale Bumpers Road, Forrest City, AR 72335**

**RASSAN M. TARABEIN**
**22341 Main Street, Fairhope, AL 36532**

**PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.**
**C/O: John Patrick Couch, Registered Agent**
**2001 Springhill Avenue**
**Mobile, AL 36607**

18

DOCUMENT 30
DOCUMENT 2

THE STATE OF ALABAMA

COUNTY OF MOBILE

COURT OF PROBATE

CASE NO.  2017-1954

RE: BRUCE RUSSELL BROCKEL, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of BRUCE RUSSELL BROCKEL, are hereby granted to DONNA J BROCKEL, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, uncontested claims, fees, and expenses, including court costs, incident to the administration of the estate.  The authority of the Personal Representative is restricted as follows:

*Restrictions:*

(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets to heirs, legatees, and/or beneficiaries resulting from litigation or settlement of litigation without prior Court approval.
(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.

Ordered this 19th day of October, 2017.

DON DAVIS, Judge of Probate

**CERTIFIED COPY
DON DAVIS, JUDGE OF PROBATE
MOBILE COUNTY, ALABAMA**

By: _____

C. MARK ERWIN, Chief Clerk

**EXHIBIT "A"**

DOCUMENT 5



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL, )
Deceased, by and through DONNA )
BROCKEL, as Personal Representative )
)
       **Plaintiff,** )
)
**v.** )
)
JOHN PATRICK COUCH, RASSAN M. )
TARABEIN, PHYSICIANS PAIN )
SPECIALISTS OF ALABAMA, P.C., )
C&R PHARMACY, LLC, )
EASTERN SHORE NEUROLOGY )
CLINIC, INC., PURDUE PHARMA L.P., )
PFIZER INC., ENDO PHARMACEUTICALS )
INC., ENDO INTERNATIONAL PLC, )
KVK-TECH, INC., ZYDUS )
PHARMACEUTICALS (USA) INC., )
A, B, C, D, E, F, G, H, I, and J, )
)
       **Defendants.** )

Civil Action No. 2017-CV-

**PLAINTIFF DEMANDS
TRIAL BY JURY**

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as **"PPSA"**) for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.    Please identify by name, address and phone number all persons known by PPSA to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

        (a)    For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 5

    (b)    For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

    (c)    If this person has given oral, recorded, written, or any other type of reports or statements, please state:

        (1)    The date, time, place and person to whom made;

        (2)    The substance of the reports or statements; and

        (3)    The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.    Please state the corporate address of PPSA.

**RESPONSE:**

3.    Please provide the names and addresses of all individuals/entities that have (or had) an ownership interest in PPSA in the last fifteen (15) years.

**RESPONSE:**

4.    Please state the time period in which Dr. John Patrick Couch had an ownership interest in PPSA.

**RESPONSE:**

5.    Is PPSA still an existing entity?  If not, please explain why not and the date it ceased to exist.

**RESPONSE:**

6.    In the last ten (10) years, has PPSA been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) PPSA was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

2

DOCUMENT 5

7.    State whether PPSA has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.    State whether PPSA has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.    In the last fifteen (15) years, has PPSA been fined or reprimanded by any entity?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.    Please state the time period in which Bruce Brockel was treated at PPSA including the start and ending dates.

**RESPONSE:**

11.    Please identify all medications prescribed to Bruce Brockel from PPSA's offices including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

DOCUMENT 5

12.     Regarding the medications prescribed to Bruce Brockel, has PPSA ever received any referral fees and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

13.     Please state the name and address of each person that PPSA will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

14.     With respect to each expert consulted by PPSA or whom it expects to call as a witness at the trial of this case, please state the following:

        a.     The name, address and telephone number of each such expert witness;

        b.     A summary of such experts' education and qualifications;

        c.     A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

        d.     The present employer of each expert witness.

**RESPONSE:**

15.     With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

        a.     The opinions expected to be the subject of testimony at the trial of this case;

4

DOCUMENT 5

b.      The facts upon which each such opinion is based;

c.      All   codes,   standards,   treatises   or   other   written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

16.     If PPSA asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between PPSA and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

2.      Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.      Please produce Bruce Brockel's complete medical file.  This includes all medical treatment provided at PPSA and all prescriptions.

**RESPONSE:**

4.      Please produce all documents related to all medications that were prescribed at PPSA's offices and that were tracked in the Certified Automation of

DOCUMENT 5

Reports and Consolidated Orders System ("ARCOS"). This includes all ARCOS records available to PPSA.

**RESPONSE:**

5.   Please produce all documents in the last fifteen (15) years regarding any fines or reprimands received by PPSA from any entity.

**RESPONSE:**

6.   Produce any and all complaints (including lawsuits) received by PPSA from individuals/entities in the last fifteen (15) years regarding medical treatment provided at PPSA's offices.

**RESPONSE:**

7.   Regarding the medications prescribed to Bruce Brockel, please produce all documents relating to any referral fees and/or kickbacks PPSA received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

8.   Produce a copy of any insurance policy(s) which may provide coverage to PPSA for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

9.   Please produce all documents which support any of PPSA's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

DOCUMENT 5

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys    for    the    ESTATE    OF    BRUCE
BROCKEL,  deceased,  by  and  through  DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)


**PLEASE  SERVE  UPON  DEFENDANT  VIA  CERTIFIED  MAIL  ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.
C/O: John Patrick Couch, Registered Agent
2001 Springhill Avenue
Mobile, AL 36607

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

**NOTICE TO:** PHYSICIAN PAIN SPECIALISTS OF ALABAMA, P.C., JOHN P. COUCH #14290-003 FCI FORREST CITY LOW, FORREST CITY, AR 72335

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF BRUCE BROCKEL DECEASED BY & THROUGH

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/22/2017 9:29:37 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____

*(Address of Server)*

| *(Type of Process Server)* | *(Server's Signature)* | |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 33
DOCUMENT 2



ELECTRONICALLY FILED
11/22/2017 9:33 AM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL,　　　)
Deceased, by and through DONNA　　　)
BROCKEL, as Personal Representative　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　**Plaintiff,**　　　　　　　)　　　**Civil Action No. 2017-CV-**
　　　　　　　　　　　　　　　　　　　)
**v.**　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　**PLAINTIFF DEMANDS**
JOHN PATRICK COUCH, RASSAN M.　)　　　**TRIAL BY JURY**
TARABEIN, PHYSICIANS PAIN　　　　　)
SPECIALISTS OF ALABAMA, P.C.,　　　　)
C&R PHARMACY, LLC,　　　　　　　　)
EASTERN SHORE NEUROLOGY　　　　　)
CLINIC, INC., PURDUE PHARMA L.P.,　　)
PFIZER INC., ENDO PHARMACEUTICALS　)
INC., ENDO INTERNATIONAL PLC,　　　)
KVK-TECH, INC., ZYDUS　　　　　　　　)
PHARMACEUTICALS (USA) INC.,　　　　)
A, B, C, D, E, F, G, H, I, and J,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　**Defendants.**　　　　　　)

## COMPLAINT

## PARTIES

1.　　**DONNA BROCKEL** is an individual resident of Mobile, Mobile County, Alabama over the age of 19.　**DONNA BROCKEL** is the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased, appointed as such on or about October 19, 2017, by the Probate Court of Mobile County, Alabama.　A copy of the Letters of Administration is attached hereto as Exhibit "A".

2.　　**DONNA BROCKEL** brings this wrongful death action as the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased (**DONNA BROCKEL** and the Estate shall hereinafter be collectively referred to as **"PLAINTIFF"**).

1

3.      On information and belief, Defendant, doctor **JOHN PATRICK COUCH** (hereinafter referred to as "COUCH"), is an individual currently serving time in a federal prison in Forrest City, Arkansas. **COUCH** may be served with process at 1400 Dale Bumpers Road, Forrest City, Arkansas 72335. **COUCH** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

4.      Defendant, doctor **RASSAN M. TARABEIN** (hereinafter referred to a as "TARABEIN"), is an individual resident of Fairhope, Baldwin County, Alabama. **TARABEIN** may be served with process at 22341 Main Street, Fairhope, Alabama 36532.

5.      Defendant, **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as "PPSA",) is an Alabama professional corporation with its principal place of business located in Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **PPSA**. **PPSA** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

6.      Defendant, **C&R PHARMACY, LLC** (hereinafter referred to as "C&R"), is an Alabama limited liability company with its principal place of business located in Mobile, Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **C&R**. **C&R** is/was located adjacent to **PPSA's** location on Airport Boulevard in Mobile, Alabama. **C&R** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

7.      Defendant, **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "ESNC"), is a corporation with its principal place of business located in Daphne, Baldwin County, Alabama. **TARABEIN** is/was the owner of **ESNC**. On information and belief, **TARABEIN** and/or **ESNC** were doing business as Eastern Shore Neurology and Pain

2

DOCUMENT 33

DOCUMENT 2

Center (a private clinic located at 27535 U.S. HWY 98, Daphne, Alabama 36526) where they provided services relating to neurology and pain management.

8.     Defendant, **PURDUE PHARMA L.P.** (hereinafter referred to as "**PURDUE PHARMA**"), is a Delaware limited partnership headquartered in Stamford, Connecticut. **PURDUE PHARMA** manufactures and sells Schedule II controlled substances such as Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR and fentanyl. **PURDUE PHARMA** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

9.     Defendant, **PFIZER INC.** (hereinafter referred to as "**PFIZER**"), is a corporation located in New York, New York.  **PFIZER** manufactures and sells Schedule II controlled substances such as Avinza.  **PFIZER** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

10.    Defendant, **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as "**ENDO PHARMACEUTICALS**"), is a Delaware corporation headquartered in Malvern, Pennsylvania.  **ENDO PHARMACEUTICALS** manufactures and sells Schedule II controlled

3

substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). In 2010, Qualitest Pharmaceuticals became a wholly owned subsidiary of **ENDO PHARMACEUTICALS** (Qualitest effectively dissolved in 2016). **ENDO PHARMACEUTICALS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

11.     Defendant, **ENDO INTERNATIONAL PLC** (hereinafter referred to as "**ENDO INTERNATIONAL**"), has global headquarters in Dublin, Ireland and U.S. headquarters in Malvern, Pennsylvania. **ENDO INTERNATIONAL** manufactures and sells Schedule II controlled substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). **ENDO INTERNATIONAL** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

12.     Defendant, **KVK-TECH, INC.** (hereinafter referred to as "**KVK-TECH**"), is a corporation located in Newtown, Pennsylvania. **KVK-TECH** manufactures and sells Schedule II controlled substances such as Oxycodone Hydrochloride. **KVK-TECH** has transacted

DOCUMENT 33
DOCUMENT 2

substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

13.     Defendant, **ZYDUS PHARMACEUTICALS (USA) INC.** (hereinafter referred to as "**ZYDUS**"), is a Delaware corporation headquartered in Pennington, New Jersey. **ZYDUS** manufactures and sells generic Schedule II controlled substances such as Oxycodone HCl (generic for OxyContin) and Morphine Sulfate (generic for MS Contin). **ZYDUS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

14.     Defendants **A, B, C, D, E, F, G, H, I** and **J** are individuals, partnerships, corporations or other legal entities (including but not limited to doctors, manufacturers, distributors, and drug/pharmaceutical representatives) whose identities are currently unknown to the Plaintiff, and whose wrongful conduct described herein resulted in damage to the Plaintiff and the death of Bruce Brockel.

5

DOCUMENT 33

DOCUMENT 2

## FACTS

15.     In approximately 2004, Bruce Brockel was involved in a motor vehicle accident in Atlanta, Georgia resulting in a broken back, neck and arm.

16.     From 2004 to approximately 2010, Mr. Brockel was treated by doctors in the Dothan, Alabama area for pain caused by the motor vehicle accident.  They primarily prescribed him Lortab and muscle relaxers.

17.     Bruce and Donna Brockel moved to Mobile, Alabama in 2010.

18.     From approximately February 2011 until **COUCH's** arrest in approximately May 2015, **COUCH** treated Mr. Brockel for pain with prescription drugs including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl.  Said treatment took place at **PPSA** in Mobile, Alabama.

19.     **COUCH** prescribed drugs (including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl) to Mr. Brockel without medical necessity or justification for profit.

20.     During the treatment of Mr. Brockel, **COUCH** kept increasing the amounts, potency, and types of drugs without necessity or justification in order to make a profit.

21.     On information and belief, in order to maximum profits and conceal his illegal activity, **COUCH** instructed and persuaded Mr. Brockel to fill his prescriptions at **C&R** which is a pharmacy that he co-owned in Mobile, Alabama.   Mr. Brockel followed his doctor's instructions.

22.     In 2017, **COUCH** was found guilty on a slate of federal charges including health care fraud and unlawful distribution of controlled substances.

6

23.     From approximately August 2015 until approximately April 2017, **TARABEIN** treated Mr. Brockel for pain with prescription drugs including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin. Said treatment took place at **ESNC** in Daphne, Alabama.

24.     **TARABEIN** prescribed drugs (including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin) to Mr. Brockel without medical necessity or justification for profit.

25.     During the treatment of Mr. Brockel, **TARABEIN** kept increasing the amounts, potency, and types of drugs without medical necessity or justification in order to make an unjust profit.

26.     During **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for receiving services and procedures (e.g. epidural blocks even though he was only providing trigger point injections, etc.) that were not actually provided.  On information and belief, **TARABEIN** did the same to maximize and unjustly profit which defrauded Mr. Brockel, BCBS of AL, and Medicare.

27.     Due to many years of taking drugs that were overprescribed by **COUCH** and **TARABEIN**, Mr. Brockel developed severe health problems including chronic obstructive pulmonary disease, shortness of breadth, asthma, anxiety, and depression.  He also had a history of suicidal ideations.

28.     In approximately April 2017, **TARABEIN** told Mr. Brockel to smoke marijuana for nausea because the government had legalized Cannabidiol ("CBD") oil.  Therefore, no one would know that he was smoking marijuana because marijuana and CBD oil would both test

7

positive for THC during a drug test. Mr. Brockel followed **TARABEIN's** instruction and smoked marijuana.

29.    In approximately March 2017, Mr. Brockel asked **TARABEIN** to reduce the dosage of Morphine Sulfate. Accordingly, **TARABEIN** reluctantly reduced the dosage of Morphine Sulfate (generic name for MS Contin) from 60 mg to 30 mg.

30.    Subsequently, **TARABEIN** ordered a DNA swab test and lied about the results (Patients receiving prescription narcotics are required to submit a one-time DNA swab for analysis to determine the patient's ability to process and metabolize the narcotic drugs). In addition, **TARABEIN** told Mr. Brockel that he was in control of his future and to pay his account balance or he would not be able to get any further pain medication from anyone in the medical field.

31.    **TARABEIN** claimed that Mr. Brockel owed him approximately $2,413 and sent him a bill for same. Mr. Brockel went to **TARABEIN's** office at **ESNC** and tried to pay the balance allegedly owed on the account. However, **TARABEIN's** office refused to accept payment. Instead, **TARABEIN's** office said they would no longer treat him.

32.    Mr. Brockel pleaded for **TARABEIN's** office to help him with detoxification/withdrawal but they refused. Instead, **TARABEIN's** office told Mr. Brockel he was on his own.

33.    Thereafter, Mr. Brockel was unable to get the amounts and types of pain medications that he was accustomed to and as a result suffered severe pain, withdrawal, anxiety and depression.

34.    Due to the fact that Mr. Brockel had been taking pain medication for approximately 14 years, **TARABEIN** knew (or should have known) that Mr. Brockel would

8

suffer from severe pain, withdrawal, anxiety and depression when he abruptly stopped taking the addictive medications but did nothing to attempt to detoxify Mr. Brockel.

35.    Due to **COUCH's** and **TARABEIN's** overprescribing of drugs to Mr. Brockel as well as **TARABEIN's** extortion and abrupt stoppage of treatment without proper detoxification, Mr. Brockel committed suicide on or about August 7, 2017 in the parking lot of **COUCH's/PPS's** office in Mobile, Alabama. He was just 48 years old.

36.    August 7, 2017 was the same day **TARABEIN** filed his intent to plead guilty to health care fraud and unlawful distribution of controlled substances.

37.    **PLAINTIFF** avers that the death of Bruce Brockel was proximately caused by the wrongful conduct of the Defendants.

38.    **PLAINTIFF** brings this action for damages under the Alabama wrongful death statute, i.e., Alabama Code §6-5-410 (1975).

## FIRST CAUSE OF ACTION (AGAINST COUCH & TARABEIN)
### (Medical Malpractice)

39.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 38 as if fully set out herein.

40.    **PLAINTIFF** avers that **COUCH** and **TARABEIN** did not meet the applicable standard of care while treating Bruce Brockel, and that such failure was the proximate cause of Mr. Brockel's injuries and death. Examples of their failure to meet the applicable standard of care include, but are not limited to: overprescribing of prescription drugs; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency

9

machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

41.     Accordingly, **COUCH** and **TARABEIN** are liable under the Alabama Medical Liability Act (Alabama Code §6-5-480, et seq. (1975)).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, A, B, C, D, E, F, G, H, I and J** in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## <u>SECOND CAUSE OF ACTION (AGAINST ALL DEFENDANTS)</u><br><u>(Negligence)</u>

42.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 41 as if fully set out herein.

43.     **PLAINTIFF** avers that Defendants negligently failed to properly inform and/or warn Bruce Brockel of the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

44.     **PLAINTIFF** avers that Defendants negligently misrepresented the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.  **PLAINTIFF** also avers that Defendants negligently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

45.     **PLAINTIFF** avers that Defendants were negligent by manufacturing, marketing, selling, distributing, and/or prescribing opioids/drugs to Mr. Brockel which were dangerously unsafe.  In addition, **PLAINTIFF** avers that Defendants negligently supplied opioids/drugs to

suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

46.     **PLAINTIFF** avers that Defendants negligently failed to alert the U.S. Drug Enforcement Administration of suspicious purchases of opioids, such as orders of unusual size, frequency or pattern.  Defendants negligently failed to monitor and/or report the suspicious purchases and orders of controlled substances.

47.     Among other things, **PLAINTIFF** avers that **COUCH** and **TARABEIN** were negligent by: overprescribing prescription drugs to Bruce Brockel; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

48.     **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the negligent conduct of Defendants.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

11

## THIRD CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Wantonness)

49.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 48 as if fully set out herein.

50.    **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the reckless and/or wanton conduct of the Defendants.  In addition, **PLAINTIFF** avers that Defendants knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Alabama Extended Manufacturer's Liability Doctrine)

51.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 50 as if fully set out herein.

52.    **PLAINTIFF** avers that opioids are products that are unreasonably dangerous to the ultimate user or consumer including Bruce Brockel.

53.    **PLAINTIFF** avers that Bruce Brockel's injuries and ultimate death were proximately caused by Defendants who sold and/or distributed opioids in a defective condition that made them unreasonably dangerous to Mr. Brockel as the ultimate user and consumer; that

12

DOCUMENT 33
DOCUMENT 2

Defendants were engaged in the business of selling and/or distributing opioids; and that the opioids were expected to, and did, reach Mr. Brockel without substantial change in the condition in which they were sold.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FIFTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Fraud & Misrepresentation)

54.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 53 as if fully set out herein.

55.     **PLAINTIFF** avers that Defendants committed fraud by misrepresenting and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.  **PLAINTIFF** also avers that Defendants fraudulently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

56.     **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** exaggerated the benefits of the medication and knew the drugs were being overprescribed, yet failed to warn doctors and others (including Mr. Brockel) of the extremely addictive nature of the narcotics and the need to strictly limit the dose.  In addition, **PLAINTIFF** avers that Defendants

13

DOCUMENT 33

DOCUMENT 2

knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

57.    **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** lobbied politicians and doctors in an effort to artificially increase the use of opioids, and willfully allowed the drugs to enter the black market.

58.    **PLAINTIFF** avers that Defendants **COUCH** and **TARABEIN** routinely charged for procedures that were not done in order to maximize profits.  For example, during **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for epidural blocks even though he was only providing trigger point injections.  On information and belief, **TARABEIN** did same to maximize profits which defrauded Mr. Brockel, BCBS of AL, and Medicare.

59.    Moreover, **COUCH** and **TARABEIN** committed fraud/misrepresentation by doing the following: prescribing drugs to Mr. Brockel without medical necessity or justification to make a profit; conducting unnecessary procedures; submitting improper charges for goods, services and procedures not actually performed; submitting improper charges for goods, services and procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; and receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties.

60.    **PLAINTIFF** avers that these actions were misrepresentations of material facts made willfully to deceive, or recklessly without knowledge, and were acted on by Mr. Brockel.

14

DOCUMENT 33

DOCUMENT 2

Accordingly, Defendants are liable for fraud and misrepresentation pursuant to Alabama Code §6-5-100 and §6-5-101 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

### SIXTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Suppression & Concealment)

61.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 60 as if fully set out herein.

62.     **PLAINTIFF** avers that Defendants committed fraud by suppressing and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.  **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

63.     **PLAINTIFF** avers that said suppression/concealment of material facts was in violation of Alabama Code §6-5-102 (1975), and tolled the applicable statutes of limitations regarding the Causes of Action alleged herein.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

15

DOCUMENT 33
DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SEVENTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Deceit)

64.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 63 as if fully set out herein.

65.   **PLAINTIFF** avers that Defendants deceived Mr. Brockel regarding the harmful effects and addictiveness of the opioids/drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

66.   **PLAINTIFF** avers that these actions were willful misrepresentations of material facts made to induce Mr. Brockel to act, and which he did causing his injuries and death. Accordingly, Defendants are liable for deceit pursuant to Alabama Code §6-5-103 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

### EIGHTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
#### (Unjust Enrichment)

67.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 66 as if fully set out herein.

68.    **PLAINTIFF** avers that Defendants have been unjustly enriched as a result of their wrongful actions as outlined herein.  Defendants should not be able to retain the profits made by their wrongful actions.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

### NINTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
#### (Civil Conspiracy)

69.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 68 as if fully set out herein.

70.    **PLAINTIFF** avers that Defendants conspired to suppress and/or conceal the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

71.    **PLAINTIFF** avers that said suppression and concealment constitutes conspiracy.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

17

DOCUMENT 33
DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)
DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE BROCKEL,
deceased, by and through DONNA BROCKEL, as
Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

## PLEASE SERVE THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL:

**JOHN PATRICK COUCH**
**Register Number: 14290-003**
**C/O: FCI Forrest City Low**
**1400 Dale Bumpers Road, Forrest City, AR 72335**

**RASSAN M. TARABEIN**
**22341 Main Street, Fairhope, AL 36532**

**PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.**
**C/O: John Patrick Couch, Registered Agent**
**2001 Springhill Avenue**
**Mobile, AL 36607**

18

DOCUMENT 33
DOCUMENT 2

THE STATE OF ALABAMA                          COURT OF PROBATE

COUNTY OF MOBILE                              CASE NO.  2017-1954

RE: BRUCE RUSSELL BROCKEL, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of BRUCE RUSSELL BROCKEL, are hereby granted to DONNA J BROCKEL, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, uncontested claims, fees, and expenses, including court costs, incident to the administration of the estate.  The authority of the Personal Representative is restricted as follows:

**Restrictions:**
**(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets to heirs, legatees, and/or beneficiaries resulting from litigation or settlement of litigation without prior Court approval.**
**(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.**

Ordered this 19th day of October, 2017.

_____
DON DAVIS, Judge of Probate

CERTIFIED COPY
DON DAVIS, JUDGE OF PROBATE
MOBILE COUNTY, ALABAMA

By: _____
C. MARK ERWIN, Chief Clerk

EXHIBIT "A"

DOCUMENT 6



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative | ) ) ) |  |
|  | ) |  |
| **Plaintiff,** | ) ) | **Civil Action No. 2017-CV-** |
| **v.** | ) ) |  |
|  | ) | **PLAINTIFF DEMANDS** |
| JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J, | ) ) ) ) ) ) ) ) ) ) ) ) | **TRIAL BY JURY** |
|  | ) |  |
| **Defendants.** | ) |  |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT C&R PHARMACY, LLC

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **C&R PHARMACY, LLC** (hereinafter referred to as "C&R") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

### INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by C&R to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

(a)     For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 6

      (b)    For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

      (c)    If this person has given oral, recorded, written, or any other type of reports or statements, please state:

          (1)    The date, time, place and person to whom made;

          (2)    The substance of the reports or statements; and

          (3)    The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.    Please state the business address of C&R.

**RESPONSE:**

3.    Please provide the names and addresses of all individuals/entities that have (or had) an ownership/shareholder interest in C&R in the last fifteen (15) years.

**RESPONSE:**

4.    Please state the time period in which Dr. John Patrick Couch had an ownership/shareholder interest in C&R.

**RESPONSE:**

5.    Is C&R still an existing entity?  If not, please explain why not and the date it ceased to exist.

**RESPONSE:**

6.    In the last ten (10) years, has C&R been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) C&R was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

2

DOCUMENT 6

7.      State whether C&R has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.      State whether C&R has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.      In the last fifteen (15) years, has C&R been fined or reprimanded by any entity?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.     Please state the time period in which Bruce Brockel filled prescriptions at C&R including the start and ending dates.

**RESPONSE:**

11.     Please identify all medications prescribed to Bruce Brockel and filled at C&R including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

3

DOCUMENT 6

12.　　Regarding the medications prescribed to Bruce Brockel, has C&R ever received any referral fees and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

13.　　Please state the name and address of each person that C&R will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

14.　　With respect to each expert consulted by C&R or whom it expects to call as a witness at the trial of this case, please state the following:

　　　　a.　　The name, address and telephone number of each such expert witness;

　　　　b.　　A summary of such experts' education and qualifications;

　　　　c.　　A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

　　　　d.　　The present employer of each expert witness.

**RESPONSE:**

15.　　With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

　　　　a.　　The opinions expected to be the subject of testimony at the trial of this case;

4

DOCUMENT 6

      b.     The facts upon which each such opinion is based;

      c.     All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

16.    If C&R asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between C&R and any individual or entity regarding the claims made by Plaintiff and the alleged damage. This Request does not include communications with counsel.

**RESPONSE:**

2.    Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.    Please produce all records regarding prescriptions that Bruce Brockel filled at C&R. This includes, but is not limited to, a list of all prescriptions filled at C&R with the names of the manufacturers and distributors.

**RESPONSE:**

DOCUMENT 6

4.     Please produce all documents related to all prescriptions filled at C&R and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS"). This includes all ARCOS records available to C&R.

**RESPONSE:**

5.     Please produce all documents in the last fifteen (15) years regarding any fines or reprimands received by C&R from any entity.

**RESPONSE:**

6.     Produce any and all complaints (including lawsuits) received by C&R from individuals/entities in the last fifteen (15) years regarding prescriptions filled at C&R.

**RESPONSE:**

7.     Regarding the medications prescribed to Bruce Brockel and filled by C&R, please produce all documents relating to any referral fees and/or kickbacks C&R received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

8.     Produce a copy of any insurance policy(s) which may provide coverage to C&R for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

9.     Please produce all documents which support any of C&R's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

DOCUMENT 6

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com  (E-mail)
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

C&R PHARMACY, LLC
C/O: John Patrick Couch, Registered Agent
2001 Springhill Avenue
Mobile, AL 36607

7

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

**NOTICE TO:** C&R PHARMACY, LLC, JOHN P. COUCH #14290-003 FCI FORREST CITY LOW, FORREST CITY, AR 72335

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF BRUCE BROCKEL DECEASED BY & THROUGH

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/22/2017 9:34:02 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____                            _____

*(Type of Process Server)*          _____          *(Address of Server)*

*(Server's Signature)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 36

DOCUMENT 2


ELECTRONICALLY FILED
11/22/2017 9:36 AM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative )))) | |
| Plaintiff, )) | Civil Action No. 2017-CV- |
| v. )) | |
| JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J, )))))))))))) | PLAINTIFF DEMANDS TRIAL BY JURY |
| Defendants. ) | |

## COMPLAINT

### PARTIES

1.     **DONNA BROCKEL** is an individual resident of Mobile, Mobile County, Alabama over the age of 19.    **DONNA BROCKEL** is the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased, appointed as such on or about October 19, 2017, by the Probate Court of Mobile County, Alabama.    A copy of the Letters of Administration is attached hereto as Exhibit "A".

2.     **DONNA BROCKEL** brings this wrongful death action as the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased (**DONNA BROCKEL** and the Estate shall hereinafter be collectively referred to as **"PLAINTIFF"**).

1

3.      On information and belief, Defendant, doctor **JOHN PATRICK COUCH** (hereinafter referred to as "COUCH"), is an individual currently serving time in a federal prison in Forrest City, Arkansas. **COUCH** may be served with process at 1400 Dale Bumpers Road, Forrest City, Arkansas 72335. **COUCH** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

4.      Defendant, doctor **RASSAN M. TARABEIN** (hereinafter referred to a as "TARABEIN"), is an individual resident of Fairhope, Baldwin County, Alabama. **TARABEIN** may be served with process at 22341 Main Street, Fairhope, Alabama 36532.

5.      Defendant, **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as "PPSA",) is an Alabama professional corporation with its principal place of business located in Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **PPSA**. **PPSA** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

6.      Defendant, **C&R PHARMACY, LLC** (hereinafter referred to as "C&R"), is an Alabama limited liability company with its principal place of business located in Mobile, Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **C&R**. **C&R** is/was located adjacent to **PPSA's** location on Airport Boulevard in Mobile, Alabama. **C&R** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

7.      Defendant, **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "ESNC"), is a corporation with its principal place of business located in Daphne, Baldwin County, Alabama. **TARABEIN** is/was the owner of **ESNC**. On information and belief, **TARABEIN** and/or **ESNC** were doing business as Eastern Shore Neurology and Pain

2

Center (a private clinic located at 27535 U.S. HWY 98, Daphne, Alabama 36526) where they provided services relating to neurology and pain management.

8.    Defendant, **PURDUE PHARMA L.P.** (hereinafter referred to as "**PURDUE PHARMA**"), is a Delaware limited partnership headquartered in Stamford, Connecticut. **PURDUE PHARMA** manufactures and sells Schedule II controlled substances such as Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR and fentanyl. **PURDUE PHARMA** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

9.    Defendant, **PFIZER INC.** (hereinafter referred to as "**PFIZER**"), is a corporation located in New York, New York. **PFIZER** manufactures and sells Schedule II controlled substances such as Avinza. **PFIZER** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

10.    Defendant, **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as "**ENDO PHARMACEUTICALS**"), is a Delaware corporation headquartered in Malvern, Pennsylvania. **ENDO PHARMACEUTICALS** manufactures and sells Schedule II controlled

3

substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). In 2010, Qualitest Pharmaceuticals became a wholly owned subsidiary of **ENDO PHARMACEUTICALS** (Qualitest effectively dissolved in 2016). **ENDO PHARMACEUTICALS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

11.     Defendant, **ENDO INTERNATIONAL PLC** (hereinafter referred to as "**ENDO INTERNATIONAL**"), has global headquarters in Dublin, Ireland and U.S. headquarters in Malvern, Pennsylvania. **ENDO INTERNATIONAL** manufactures and sells Schedule II controlled substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). **ENDO INTERNATIONAL** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

12.     Defendant, **KVK-TECH, INC.** (hereinafter referred to as "**KVK-TECH**"), is a corporation located in Newtown, Pennsylvania. **KVK-TECH** manufactures and sells Schedule II controlled substances such as Oxycodone Hydrochloride. **KVK-TECH** has transacted

DOCUMENT 36
DOCUMENT 2

substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

13.     Defendant, **ZYDUS PHARMACEUTICALS (USA) INC.** (hereinafter referred to as "**ZYDUS**"), is a Delaware corporation headquartered in Pennington, New Jersey. **ZYDUS** manufactures and sells generic Schedule II controlled substances such as Oxycodone HCl (generic for OxyContin) and Morphine Sulfate (generic for MS Contin). **ZYDUS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

14.     Defendants **A, B, C, D, E, F, G, H, I** and **J** are individuals, partnerships, corporations or other legal entities (including but not limited to doctors, manufacturers, distributors, and drug/pharmaceutical representatives) whose identities are currently unknown to the Plaintiff, and whose wrongful conduct described herein resulted in damage to the Plaintiff and the death of Bruce Brockel.

5

DOCUMENT 36

DOCUMENT 2

## **FACTS**

15.     In approximately 2004, Bruce Brockel was involved in a motor vehicle accident in Atlanta, Georgia resulting in a broken back, neck and arm.

16.     From 2004 to approximately 2010, Mr. Brockel was treated by doctors in the Dothan, Alabama area for pain caused by the motor vehicle accident.  They primarily prescribed him Lortab and muscle relaxers.

17.     Bruce and Donna Brockel moved to Mobile, Alabama in 2010.

18.     From approximately February 2011 until **COUCH's** arrest in approximately May 2015, **COUCH** treated Mr. Brockel for pain with prescription drugs including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl.  Said treatment took place at **PPSA** in Mobile, Alabama.

19.     **COUCH** prescribed drugs (including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl) to Mr. Brockel without medical necessity or justification for profit.

20.     During the treatment of Mr. Brockel, **COUCH** kept increasing the amounts, potency, and types of drugs without necessity or justification in order to make a profit.

21.     On information and belief, in order to maximum profits and conceal his illegal activity, **COUCH** instructed and persuaded Mr. Brockel to fill his prescriptions at **C&R** which is a pharmacy that he co-owned in Mobile, Alabama.   Mr. Brockel followed his doctor's instructions.

22.     In 2017, **COUCH** was found guilty on a slate of federal charges including health care fraud and unlawful distribution of controlled substances.

6

23.     From approximately August 2015 until approximately April 2017, **TARABEIN** treated Mr. Brockel for pain with prescription drugs including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin. Said treatment took place at **ESNC** in Daphne, Alabama.

24.     **TARABEIN** prescribed drugs (including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin) to Mr. Brockel without medical necessity or justification for profit.

25.     During the treatment of Mr. Brockel, **TARABEIN** kept increasing the amounts, potency, and types of drugs without medical necessity or justification in order to make an unjust profit.

26.     During **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for receiving services and procedures (e.g. epidural blocks even though he was only providing trigger point injections, etc.) that were not actually provided.  On information and belief, **TARABEIN** did the same to maximize and unjustly profit which defrauded Mr. Brockel, BCBS of AL, and Medicare.

27.     Due to many years of taking drugs that were overprescribed by **COUCH** and **TARABEIN**, Mr. Brockel developed severe health problems including chronic obstructive pulmonary disease, shortness of breadth, asthma, anxiety, and depression.  He also had a history of suicidal ideations.

28.     In approximately April 2017, **TARABEIN** told Mr. Brockel to smoke marijuana for nausea because the government had legalized Cannabidiol ("CBD") oil.  Therefore, no one would know that he was smoking marijuana because marijuana and CBD oil would both test

DOCUMENT 36
DOCUMENT 2

positive for THC during a drug test. Mr. Brockel followed **TARABEIN's** instruction and smoked marijuana.

29.   In approximately March 2017, Mr. Brockel asked **TARABEIN** to reduce the dosage of Morphine Sulfate. Accordingly, **TARABEIN** reluctantly reduced the dosage of Morphine Sulfate (generic name for MS Contin) from 60 mg to 30 mg.

30.   Subsequently, **TARABEIN** ordered a DNA swab test and lied about the results (Patients receiving prescription narcotics are required to submit a one-time DNA swab for analysis to determine the patient's ability to process and metabolize the narcotic drugs). In addition, **TARABEIN** told Mr. Brockel that he was in control of his future and to pay his account balance or he would not be able to get any further pain medication from anyone in the medical field.

31.   **TARABEIN** claimed that Mr. Brockel owed him approximately $2,413 and sent him a bill for same. Mr. Brockel went to **TARABEIN's** office at **ESNC** and tried to pay the balance allegedly owed on the account. However, **TARABEIN's** office refused to accept payment. Instead, **TARABEIN's** office said they would no longer treat him.

32.   Mr. Brockel pleaded for **TARABEIN's** office to help him with detoxification/withdrawal but they refused. Instead, **TARABEIN's** office told Mr. Brockel he was on his own.

33.   Thereafter, Mr. Brockel was unable to get the amounts and types of pain medications that he was accustomed to and as a result suffered severe pain, withdrawal, anxiety and depression.

34.   Due to the fact that Mr. Brockel had been taking pain medication for approximately 14 years, **TARABEIN** knew (or should have known) that Mr. Brockel would

8

suffer from severe pain, withdrawal, anxiety and depression when he abruptly stopped taking the addictive medications but did nothing to attempt to detoxify Mr. Brockel.

35.     Due to **COUCH's** and **TARABEIN's** overprescribing of drugs to Mr. Brockel as well as **TARABEIN's** extortion and abrupt stoppage of treatment without proper detoxification, Mr. Brockel committed suicide on or about August 7, 2017 in the parking lot of **COUCH's/PPS's** office in Mobile, Alabama. He was just 48 years old.

36.     August 7, 2017 was the same day **TARABEIN** filed his intent to plead guilty to health care fraud and unlawful distribution of controlled substances.

37.     **PLAINTIFF** avers that the death of Bruce Brockel was proximately caused by the wrongful conduct of the Defendants.

38.     **PLAINTIFF** brings this action for damages under the Alabama wrongful death statute, i.e., Alabama Code §6-5-410 (1975).

## FIRST CAUSE OF ACTION (AGAINST COUCH & TARABEIN)
### (Medical Malpractice)

39.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 38 as if fully set out herein.

40.     **PLAINTIFF** avers that **COUCH** and **TARABEIN** did not meet the applicable standard of care while treating Bruce Brockel, and that such failure was the proximate cause of Mr. Brockel's injuries and death. Examples of their failure to meet the applicable standard of care include, but are not limited to: overprescribing of prescription drugs; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency

9

machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

41.     Accordingly, **COUCH** and **TARABEIN** are liable under the Alabama Medical Liability Act (Alabama Code §6-5-480, et seq. (1975)).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, A, B, C, D, E, F, G, H, I and J** in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

<u>**SECOND CAUSE OF ACTION (AGAINST ALL DEFENDANTS)**</u>
<u>**(Negligence)**</u>

42.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 41 as if fully set out herein.

43.     **PLAINTIFF** avers that Defendants negligently failed to properly inform and/or warn Bruce Brockel of the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

44.     **PLAINTIFF** avers that Defendants negligently misrepresented the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants negligently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

45.     **PLAINTIFF** avers that Defendants were negligent by manufacturing, marketing, selling, distributing, and/or prescribing opioids/drugs to Mr. Brockel which were dangerously unsafe.  In addition, **PLAINTIFF** avers that Defendants negligently supplied opioids/drugs to

suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

46.    **PLAINTIFF** avers that Defendants negligently failed to alert the U.S. Drug Enforcement Administration of suspicious purchases of opioids, such as orders of unusual size, frequency or pattern.  Defendants negligently failed to monitor and/or report the suspicious purchases and orders of controlled substances.

47.    Among other things, **PLAINTIFF** avers that **COUCH** and **TARABEIN** were negligent by: overprescribing prescription drugs to Bruce Brockel; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

48.    **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the negligent conduct of Defendants.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

11

DOCUMENT 36

DOCUMENT 2

## THIRD CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Wantonness)

49.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 48 as if fully set out herein.

50.    **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the reckless and/or wanton conduct of the Defendants.  In addition, **PLAINTIFF** avers that Defendants knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Alabama Extended Manufacturer's Liability Doctrine)

51.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 50 as if fully set out herein.

52.    **PLAINTIFF** avers that opioids are products that are unreasonably dangerous to the ultimate user or consumer including Bruce Brockel.

53.    **PLAINTIFF** avers that Bruce Brockel's injuries and ultimate death were proximately caused by Defendants who sold and/or distributed opioids in a defective condition that made them unreasonably dangerous to Mr. Brockel as the ultimate user and consumer; that

12

Defendants were engaged in the business of selling and/or distributing opioids; and that the opioids were expected to, and did, reach Mr. Brockel without substantial change in the condition in which they were sold.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FIFTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Fraud & Misrepresentation)

54.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 53 as if fully set out herein.

55.    **PLAINTIFF** avers that Defendants committed fraud by misrepresenting and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants fraudulently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

56.    **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** exaggerated the benefits of the medication and knew the drugs were being overprescribed, yet failed to warn doctors and others (including Mr. Brockel) of the extremely addictive nature of the narcotics and the need to strictly limit the dose. In addition, **PLAINTIFF** avers that Defendants

13

DOCUMENT 36

DOCUMENT 2

knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

57.    **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** lobbied politicians and doctors in an effort to artificially increase the use of opioids, and willfully allowed the drugs to enter the black market.

58.    **PLAINTIFF** avers that Defendants **COUCH** and **TARABEIN** routinely charged for procedures that were not done in order to maximize profits.   For example, during **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for epidural blocks even though he was only providing trigger point injections.  On information and belief, **TARABEIN** did same to maximize profits which defrauded Mr. Brockel, BCBS of AL, and Medicare.

59.    Moreover, **COUCH** and **TARABEIN** committed fraud/misrepresentation by doing the following: prescribing drugs to Mr. Brockel without medical necessity or justification to make a profit; conducting unnecessary procedures; submitting improper charges for goods, services and procedures not actually performed; submitting improper charges for goods, services and procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; and receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties.

60.    **PLAINTIFF** avers that these actions were misrepresentations of material facts made willfully to deceive, or recklessly without knowledge, and were acted on by Mr. Brockel.

DOCUMENT 36

DOCUMENT 2

Accordingly, Defendants are liable for fraud and misrepresentation pursuant to Alabama Code §6-5-100 and §6-5-101 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SIXTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Suppression & Concealment)

61.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 60 as if fully set out herein.

62.    **PLAINTIFF** avers that Defendants committed fraud by suppressing and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

63.    **PLAINTIFF** avers that said suppression/concealment of material facts was in violation of Alabama Code §6-5-102 (1975), and tolled the applicable statutes of limitations regarding the Causes of Action alleged herein.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

15

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SEVENTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Deceit)

64.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 63 as if fully set out herein.

65.    **PLAINTIFF** avers that Defendants deceived Mr. Brockel regarding the harmful effects and addictiveness of the opioids/drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.  **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

66.    **PLAINTIFF** avers that these actions were willful misrepresentations of material facts made to induce Mr. Brockel to act, and which he did causing his injuries and death. Accordingly, Defendants are liable for deceit pursuant to Alabama Code §6-5-103 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

16

DOCUMENT 36

DOCUMENT 2

## EIGHTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Unjust Enrichment)

67.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 66 as if fully set out herein.

68.   **PLAINTIFF** avers that Defendants have been unjustly enriched as a result of their wrongful actions as outlined herein.  Defendants should not be able to retain the profits made by their wrongful actions.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## NINTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Civil Conspiracy)

69.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 68 as if fully set out herein.

70.   **PLAINTIFF** avers that Defendants conspired to suppress and/or conceal the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

71.   **PLAINTIFF** avers that said suppression and concealment constitutes conspiracy.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

DOCUMENT 36

DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)
DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE BROCKEL,
deceased, by and through DONNA BROCKEL, as
Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

## PLEASE SERVE THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL:

**JOHN PATRICK COUCH**
**Register Number: 14290-003**
**C/O: FCI Forrest City Low**
**1400 Dale Bumpers Road, Forrest City, AR 72335**

**RASSAN M. TARABEIN**
**22341 Main Street, Fairhope, AL 36532**

**PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.**
**C/O: John Patrick Couch, Registered Agent**
**2001 Springhill Avenue**
**Mobile, AL 36607**

18

DOCUMENT 36
DOCUMENT 2

THE STATE OF ALABAMA

COUNTY OF MOBILE

COURT OF PROBATE

CASE NO.  2017-1954

RE: BRUCE RUSSELL BROCKEL, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of BRUCE RUSSELL BROCKEL, are hereby granted to DONNA J BROCKEL, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, uncontested claims, fees, and expenses, including court costs, incident to the administration of the estate.  The authority of the Personal Representative is restricted as follows:

**Restrictions:**
**(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets to heirs, legatees, and/or beneficiaries resulting from litigation or settlement of litigation without prior Court approval.**
**(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.**

Ordered this 19th day of October, 2017.

_____
DON DAVIS, Judge of Probate

**CERTIFIED COPY**
**DON DAVIS, JUDGE OF PROBATE**
**MOBILE COUNTY, ALABAMA**

By: _____
C. MARK ERWIN, Chief Clerk

**EXHIBIT "A"**

DOCUMENT 7



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL, )
Deceased, by and through DONNA )
BROCKEL, as Personal Representative )
)
Plaintiff, )      **Civil Action No. 2017-CV-**
)
v. )
)
JOHN PATRICK COUCH, RASSAN M. )      **PLAINTIFF DEMANDS**
TARABEIN, PHYSICIANS PAIN )      **TRIAL BY JURY**
SPECIALISTS OF ALABAMA, P.C., )
C&R PHARMACY, LLC, )
EASTERN SHORE NEUROLOGY )
CLINIC, INC., PURDUE PHARMA L.P., )
PFIZER INC., ENDO PHARMACEUTICALS )
INC., ENDO INTERNATIONAL PLC, )
KVK-TECH, INC., ZYDUS )
PHARMACEUTICALS (USA) INC., )
A, B, C, D, E, F, G, H, I, and J, )
)
Defendants. )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT EASTERN SHORE NEUROLOGY CLINIC, INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "ESNC") for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

## INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by ESNC to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

    (a)      For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 7

(b)   For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)   If this person has given oral, recorded, written, or any other type of reports or statements, please state:

(1)   The date, time, place and person to whom made;

(2)   The substance of the reports or statements; and

(3)   The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.   Please state the corporate address of ESNC.

**RESPONSE:**

3.   Please provide the names and addresses of all individuals/entities that have (or had) an ownership interest in ESNC in the last fifteen (15) years.

**RESPONSE:**

4.   Please state the time period in which Dr. Rassan M. Tarabein had an ownership interest in ESNC.

**RESPONSE:**

5.   Is ESNC still an existing entity?  If not, please explain why not and the date it ceased to exist.

**RESPONSE:**

6.   In the last ten (10) years, has ESNC been convicted of a felony or pled guilty to a felony?  If so, please state the criminal offense(s), the date(s) ESNC was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

2

DOCUMENT 7

7.    State whether ESNC has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.    State whether ESNC has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.    In the last fifteen (15) years, has ESNC been fined or reprimanded by any entity?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.    Please state the time period in which Bruce Brockel was treated at ESNC including the start and ending dates.

**RESPONSE:**

11.    Please identify all medications prescribed to Bruce Brockel from ESNC's offices including the names of the medications, the manufacturers of the medications, and the distributors of the medications.

**RESPONSE:**

3

DOCUMENT 7

12.    Regarding the medications prescribed to Bruce Brockel, has ESNC ever received any referral fees and/or kickbacks from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

13.    Please state the name and address of each person that ESNC will or may call as a witness at the trial of this matter and further state the substance of each such person's expected testimony.

**RESPONSE:**

14.    With respect to each expert consulted by ESNC or whom it expects to call as a witness at the trial of this case, please state the following:

        a.    The name, address and telephone number of each such expert witness;

        b.    A summary of such experts' education and qualifications;

        c.    A listing of all testimony, by deposition or in trial, of each such expert witness during the sixty month period preceding the date of this request;

        d.    The present employer of each expert witness.

**RESPONSE:**

15.    With respect to any expert opinions expected to be advanced at the trial of this case, please state the following:

        a.    The opinions expected to be the subject of testimony at the trial of this case;

4

DOCUMENT 7

    b.      The facts upon which each such opinion is based;

    c.      All codes, standards, treatises or other written documentation of any description whatsoever upon which each such opinion is based.

**RESPONSE:**

16.    If ESNC asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between ESNC and any individual or entity regarding the claims made by Plaintiff and the alleged damage. This Request does not include communications with counsel.

**RESPONSE:**

2.    Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.    Please produce Bruce Brockel's complete medical file. This includes all medical treatment provided at ESNC and all prescriptions.

**RESPONSE:**

4.    Please produce all documents related to all medications that were prescribed at ESNC's offices and that were tracked in the Certified Automation of

5

DOCUMENT 7

Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to ESNC.

**RESPONSE:**

     5.    Please produce all documents in the last fifteen (15) years regarding any fines or reprimands received by ESNC from any entity.

**RESPONSE:**

     6.    Produce any and all complaints (including lawsuits) received by ESNC from individuals/entities in the last fifteen (15) years regarding medical treatment provided at ESNC's offices.

**RESPONSE:**

     7.    Regarding the medications prescribed to Bruce Brockel, please produce all documents relating to any referral fees and/or kickbacks ESNC received from any of the manufacturers, distributors, or sales/pharmaceutical representatives of these medications.

**RESPONSE:**

     8.    Produce a copy of any insurance policy(s) which may provide coverage to ESNC for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

     9.    Please produce all documents which support any of ESNC's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

DOCUMENT 7

Respectfully submitted,

JONATHON R. LAW (LAW039)
DAVID A. BUSBY (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

C. BENNETT, LONG
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

EASTERN SHORE NEUROLOGY CLINIC, INC.
C/O: Rassan M. Tarabein, Registered Agent
28080 U.S. Highway 98, STE D
Daphne, AL 36526

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL

**NOTICE TO:** EASTERN SHORE NEUROLOGY CLINIC, INC., C/ORASSAN TARABEIN REG AG 22341 MAIN STREET, FAIRHOPE, AL 36532
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF BRUCE BROCKEL DECEASED BY & THROUGH
*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/22/2017 9:36:39 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ DAVID A BUSBY MR.
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*           *(Name of County)*

Alabama on _____.
*(Date)*

_____
*(Address of Server)*

_____           _____
*(Type of Process Server)*     *(Server's Signature)*

_____           _____
*(Server's Printed Name)*     *(Phone Number of Server)*

DOCUMENT 39

DOCUMENT 2



ELECTRONICALLY FILED
11/27/2017 9:01 AM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative | ) ) ) | |
| Plaintiff, | ) ) ) | **Civil Action No. 2017-CV-** |
| v. | ) ) | |
| JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., ENDO INTERNATIONAL PLC, KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., A, B, C, D, E, F, G, H, I, and J, | ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| Defendants. | ) ) | |

## COMPLAINT

## PARTIES

1.     **DONNA BROCKEL** is an individual resident of Mobile, Mobile County, Alabama over the age of 19.   **DONNA BROCKEL** is the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased, appointed as such on or about October 19, 2017, by the Probate Court of Mobile County, Alabama.   A copy of the Letters of Administration is attached hereto as Exhibit "A".

2.     **DONNA BROCKEL** brings this wrongful death action as the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased (**DONNA BROCKEL** and the Estate shall hereinafter be collectively referred to as **"PLAINTIFF"**).

1

DOCUMENT 39
DOCUMENT 2

3.     On information and belief, Defendant, doctor **JOHN PATRICK COUCH** (hereinafter referred to as "COUCH"), is an individual currently serving time in a federal prison in Forrest City, Arkansas. **COUCH** may be served with process at 1400 Dale Bumpers Road, Forrest City, Arkansas 72335. **COUCH** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

4.     Defendant, doctor **RASSAN M. TARABEIN** (hereinafter referred to a as "TARABEIN"), is an individual resident of Fairhope, Baldwin County, Alabama. **TARABEIN** may be served with process at 22341 Main Street, Fairhope, Alabama 36532.

5.     Defendant, **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as "PPSA",) is an Alabama professional corporation with its principal place of business located in Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **PPSA**. **PPSA** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

6.     Defendant, **C&R PHARMACY, LLC** (hereinafter referred to as "C&R"), is an Alabama limited liability company with its principal place of business located in Mobile, Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **C&R**. **C&R** is/was located adjacent to **PPSA's** location on Airport Boulevard in Mobile, Alabama. **C&R** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

7.     Defendant, **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "ESNC"), is a corporation with its principal place of business located in Daphne, Baldwin County, Alabama. **TARABEIN** is/was the owner of **ESNC**. On information and belief, **TARABEIN** and/or **ESNC** were doing business as Eastern Shore Neurology and Pain

2

Center (a private clinic located at 27535 U.S. HWY 98, Daphne, Alabama 36526) where they provided services relating to neurology and pain management.

8.     Defendant, **PURDUE PHARMA L.P.** (hereinafter referred to as "**PURDUE PHARMA**"), is a Delaware limited partnership headquartered in Stamford, Connecticut. **PURDUE PHARMA** manufactures and sells Schedule II controlled substances such as Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR and fentanyl. **PURDUE PHARMA** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

9.     Defendant, **PFIZER INC.** (hereinafter referred to as "**PFIZER**"), is a corporation located in New York, New York.  **PFIZER** manufactures and sells Schedule II controlled substances such as Avinza.  **PFIZER** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama.  Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

10.     Defendant, **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as "**ENDO PHARMACEUTICALS**"), is a Delaware corporation headquartered in Malvern, Pennsylvania.  **ENDO PHARMACEUTICALS** manufactures and sells Schedule II controlled

3

DOCUMENT 39
DOCUMENT 2

substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). In 2010, Qualitest Pharmaceuticals became a wholly owned subsidiary of **ENDO PHARMACEUTICALS** (Qualitest effectively dissolved in 2016). **ENDO PHARMACEUTICALS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

11.    Defendant, **ENDO INTERNATIONAL PLC** (hereinafter referred to as "**ENDO INTERNATIONAL**"), has global headquarters in Dublin, Ireland and U.S. headquarters in Malvern, Pennsylvania. **ENDO INTERNATIONAL** manufactures and sells Schedule II controlled substances such as Morphine Sulfate (generic for MS Contin) and Acetaminophen/Oxycodone (generic for Percocet). **ENDO INTERNATIONAL** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

12.    Defendant, **KVK-TECH, INC.** (hereinafter referred to as "**KVK-TECH**"), is a corporation located in Newtown, Pennsylvania. **KVK-TECH** manufactures and sells Schedule II controlled substances such as Oxycodone Hydrochloride. **KVK-TECH** has transacted

4

DOCUMENT 39
DOCUMENT 2

substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

13.     Defendant, **ZYDUS PHARMACEUTICALS (USA) INC.** (hereinafter referred to as "**ZYDUS**"), is a Delaware corporation headquartered in Pennington, New Jersey. **ZYDUS** manufactures and sells generic Schedule II controlled substances such as Oxycodone HCl (generic for OxyContin) and Morphine Sulfate (generic for MS Contin). **ZYDUS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the Plaintiff sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

14.     Defendants **A, B, C, D, E, F, G, H, I** and **J** are individuals, partnerships, corporations or other legal entities (including but not limited to doctors, manufacturers, distributors, and drug/pharmaceutical representatives) whose identities are currently unknown to the Plaintiff, and whose wrongful conduct described herein resulted in damage to the Plaintiff and the death of Bruce Brockel.

5

DOCUMENT 39

DOCUMENT 2

## FACTS

15.    In approximately 2004, Bruce Brockel was involved in a motor vehicle accident in Atlanta, Georgia resulting in a broken back, neck and arm.

16.    From 2004 to approximately 2010, Mr. Brockel was treated by doctors in the Dothan, Alabama area for pain caused by the motor vehicle accident.  They primarily prescribed him Lortab and muscle relaxers.

17.    Bruce and Donna Brockel moved to Mobile, Alabama in 2010.

18.    From approximately February 2011 until **COUCH's** arrest in approximately May 2015, **COUCH** treated Mr. Brockel for pain with prescription drugs including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl.  Said treatment took place at **PPSA** in Mobile, Alabama.

19.    **COUCH** prescribed drugs (including Oxycodone, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Percocet, Neurontin/Gabapentin and fentanyl) to Mr. Brockel without medical necessity or justification for profit.

20.    During the treatment of Mr. Brockel, **COUCH** kept increasing the amounts, potency, and types of drugs without necessity or justification in order to make a profit.

21.    On information and belief, in order to maximum profits and conceal his illegal activity, **COUCH** instructed and persuaded Mr. Brockel to fill his prescriptions at **C&R** which is a pharmacy that he co-owned in Mobile, Alabama.   Mr. Brockel followed his doctor's instructions.

22.    In 2017, **COUCH** was found guilty on a slate of federal charges including health care fraud and unlawful distribution of controlled substances.

6

23.     From approximately August 2015 until approximately April 2017, **TARABEIN** treated Mr. Brockel for pain with prescription drugs including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin. Said treatment took place at **ESNC** in Daphne, Alabama.

24.     **TARABEIN** prescribed drugs (including Oxycodone Hydrochloride, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, and Neurontin/Gabapentin) to Mr. Brockel without medical necessity or justification for profit.

25.     During the treatment of Mr. Brockel, **TARABEIN** kept increasing the amounts, potency, and types of drugs without medical necessity or justification in order to make an unjust profit.

26.     During **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for receiving services and procedures (e.g. epidural blocks even though he was only providing trigger point injections, etc.) that were not actually provided.  On information and belief, **TARABEIN** did the same to maximize and unjustly profit which defrauded Mr. Brockel, BCBS of AL, and Medicare.

27.     Due to many years of taking drugs that were overprescribed by **COUCH** and **TARABEIN**, Mr. Brockel developed severe health problems including chronic obstructive pulmonary disease, shortness of breadth, asthma, anxiety, and depression.  He also had a history of suicidal ideations.

28.     In approximately April 2017, **TARABEIN** told Mr. Brockel to smoke marijuana for nausea because the government had legalized Cannabidiol ("CBD") oil.  Therefore, no one would know that he was smoking marijuana because marijuana and CBD oil would both test

7

positive for THC during a drug test. Mr. Brockel followed **TARABEIN's** instruction and smoked marijuana.

29.    In approximately March 2017, Mr. Brockel asked **TARABEIN** to reduce the dosage of Morphine Sulfate. Accordingly, **TARABEIN** reluctantly reduced the dosage of Morphine Sulfate (generic name for MS Contin) from 60 mg to 30 mg.

30.    Subsequently, **TARABEIN** ordered a DNA swab test and lied about the results (Patients receiving prescription narcotics are required to submit a one-time DNA swab for analysis to determine the patient's ability to process and metabolize the narcotic drugs). In addition, **TARABEIN** told Mr. Brockel that he was in control of his future and to pay his account balance or he would not be able to get any further pain medication from anyone in the medical field.

31.    **TARABEIN** claimed that Mr. Brockel owed him approximately $2,413 and sent him a bill for same. Mr. Brockel went to **TARABEIN's** office at **ESNC** and tried to pay the balance allegedly owed on the account. However, **TARABEIN's** office refused to accept payment. Instead, **TARABEIN's** office said they would no longer treat him.

32.    Mr. Brockel pleaded for **TARABEIN's** office to help him with detoxification/withdrawal but they refused. Instead, **TARABEIN's** office told Mr. Brockel he was on his own.

33.    Thereafter, Mr. Brockel was unable to get the amounts and types of pain medications that he was accustomed to and as a result suffered severe pain, withdrawal, anxiety and depression.

34.    Due to the fact that Mr. Brockel had been taking pain medication for approximately 14 years, **TARABEIN** knew (or should have known) that Mr. Brockel would

8

DOCUMENT 39
DOCUMENT 2

suffer from severe pain, withdrawal, anxiety and depression when he abruptly stopped taking the addictive medications but did nothing to attempt to detoxify Mr. Brockel.

35.     Due to **COUCH's** and **TARABEIN's** overprescribing of drugs to Mr. Brockel as well as **TARABEIN's** extortion and abrupt stoppage of treatment without proper detoxification, Mr. Brockel committed suicide on or about August 7, 2017 in the parking lot of **COUCH's/PPS's** office in Mobile, Alabama. He was just 48 years old.

36.     August 7, 2017 was the same day **TARABEIN** filed his intent to plead guilty to health care fraud and unlawful distribution of controlled substances.

37.     **PLAINTIFF** avers that the death of Bruce Brockel was proximately caused by the wrongful conduct of the Defendants.

38.     **PLAINTIFF** brings this action for damages under the Alabama wrongful death statute, i.e., Alabama Code §6-5-410 (1975).

## FIRST CAUSE OF ACTION (AGAINST COUCH & TARABEIN)
### (Medical Malpractice)

39.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 38 as if fully set out herein.

40.     **PLAINTIFF** avers that **COUCH** and **TARABEIN** did not meet the applicable standard of care while treating Bruce Brockel, and that such failure was the proximate cause of Mr. Brockel's injuries and death. Examples of their failure to meet the applicable standard of care include, but are not limited to: overprescribing of prescription drugs; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency

9

machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

41.     Accordingly, **COUCH** and **TARABEIN** are liable under the Alabama Medical Liability Act (Alabama Code §6-5-480, et seq. (1975)).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, A, B, C, D, E, F, G, H, I and J** in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SECOND CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Negligence)

42.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 41 as if fully set out herein.

43.     **PLAINTIFF** avers that Defendants negligently failed to properly inform and/or warn Bruce Brockel of the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

44.     **PLAINTIFF** avers that Defendants negligently misrepresented the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants negligently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

45.     **PLAINTIFF** avers that Defendants were negligent by manufacturing, marketing, selling, distributing, and/or prescribing opioids/drugs to Mr. Brockel which were dangerously unsafe.  In addition, **PLAINTIFF** avers that Defendants negligently supplied opioids/drugs to

suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

46.     **PLAINTIFF** avers that Defendants negligently failed to alert the U.S. Drug Enforcement Administration of suspicious purchases of opioids, such as orders of unusual size, frequency or pattern.  Defendants negligently failed to monitor and/or report the suspicious purchases and orders of controlled substances.

47.     Among other things, **PLAINTIFF** avers that **COUCH** and **TARABEIN** were negligent by: overprescribing prescription drugs to Bruce Brockel; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

48.     **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the negligent conduct of Defendants.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

DOCUMENT 39
DOCUMENT 2

## THIRD CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Wantonness)

49.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 48 as if fully set out herein.

50.    **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the reckless and/or wanton conduct of the Defendants.  In addition, **PLAINTIFF** avers that Defendants knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Alabama Extended Manufacturer's Liability Doctrine)

51.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 50 as if fully set out herein.

52.    **PLAINTIFF** avers that opioids are products that are unreasonably dangerous to the ultimate user or consumer including Bruce Brockel.

53.    **PLAINTIFF** avers that Bruce Brockel's injuries and ultimate death were proximately caused by Defendants who sold and/or distributed opioids in a defective condition that made them unreasonably dangerous to Mr. Brockel as the ultimate user and consumer; that

12

DOCUMENT 39

DOCUMENT 2

Defendants were engaged in the business of selling and/or distributing opioids; and that the opioids were expected to, and did, reach Mr. Brockel without substantial change in the condition in which they were sold.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FIFTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Fraud & Misrepresentation)

54.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 53 as if fully set out herein.

55.     **PLAINTIFF** avers that Defendants committed fraud by misrepresenting and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants fraudulently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

56.     **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** exaggerated the benefits of the medication and knew the drugs were being overprescribed, yet failed to warn doctors and others (including Mr. Brockel) of the extremely addictive nature of the narcotics and the need to strictly limit the dose. In addition, **PLAINTIFF** avers that Defendants

13

DOCUMENT 39

DOCUMENT 2

knowingly and/or recklessly supplied opioids/drugs to suspicious physicians and pharmacies and enabled the illegal diversion of drugs into the black market.

57.   **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E** lobbied politicians and doctors in an effort to artificially increase the use of opioids, and willfully allowed the drugs to enter the black market.

58.   **PLAINTIFF** avers that Defendants **COUCH** and **TARABEIN** routinely charged for procedures that were not done in order to maximize profits.   For example, during **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for epidural blocks even though he was only providing trigger point injections.   On information and belief, **TARABEIN** did same to maximize profits which defrauded Mr. Brockel, BCBS of AL, and Medicare.

59.   Moreover, **COUCH** and **TARABEIN** committed fraud/misrepresentation by doing the following: prescribing drugs to Mr. Brockel without medical necessity or justification to make a profit; conducting unnecessary procedures; submitting improper charges for goods, services and procedures not actually performed; submitting improper charges for goods, services and procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; and receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties.

60.   **PLAINTIFF** avers that these actions were misrepresentations of material facts made willfully to deceive, or recklessly without knowledge, and were acted on by Mr. Brockel.

DOCUMENT 39

DOCUMENT 2

Accordingly, Defendants are liable for fraud and misrepresentation pursuant to Alabama Code §6-5-100 and §6-5-101 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SIXTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Suppression & Concealment)

61.    **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 60 as if fully set out herein.

62.    **PLAINTIFF** avers that Defendants committed fraud by suppressing and/or concealing the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

63.    **PLAINTIFF** avers that said suppression/concealment of material facts was in violation of Alabama Code §6-5-102 (1975), and tolled the applicable statutes of limitations regarding the Causes of Action alleged herein.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

DOCUMENT 39

DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SEVENTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Deceit)

64.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 63 as if fully set out herein.

65.     **PLAINTIFF** avers that Defendants deceived Mr. Brockel regarding the harmful effects and addictiveness of the opioids/drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

66.     **PLAINTIFF** avers that these actions were willful misrepresentations of material facts made to induce Mr. Brockel to act, and which he did causing his injuries and death. Accordingly, Defendants are liable for deceit pursuant to Alabama Code §6-5-103 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

16

DOCUMENT 39

DOCUMENT 2

## EIGHTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Unjust Enrichment)

67.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 66 as if fully set out herein.

68.   **PLAINTIFF** avers that Defendants have been unjustly enriched as a result of their wrongful actions as outlined herein.  Defendants should not be able to retain the profits made by their wrongful actions.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E, F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## NINTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Civil Conspiracy)

69.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 68 as if fully set out herein.

70.   **PLAINTIFF** avers that Defendants conspired to suppress and/or conceal the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

71.   **PLAINTIFF** avers that said suppression and concealment constitutes conspiracy.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO PHARMACEUTICALS, ENDO INTERNATIONAL, KVK-TECH, ZYDUS, A, B, C, D, E,**

DOCUMENT 39
DOCUMENT 2

**F, G, H, I and J** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)
DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL  36527
jrl@dupm.com  (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE BROCKEL,
deceased, by and through DONNA BROCKEL, as
Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

## PLEASE SERVE THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL:

**JOHN PATRICK COUCH**
**Register Number: 14290-003**
**C/O: FCI Forrest City Low**
**1400 Dale Bumpers Road, Forrest City, AR 72335**

**RASSAN M. TARABEIN**
**22341 Main Street, Fairhope, AL 36532**

**PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.**
**C/O: John Patrick Couch, Registered Agent**
**2001 Springhill Avenue**
**Mobile, AL 36607**

18

DOCUMENT 39
DOCUMENT 2

THE STATE OF ALABAMA

COUNTY OF MOBILE

COURT OF PROBATE

CASE NO.  2017-1954

RE: BRUCE RUSSELL BROCKEL, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of BRUCE RUSSELL BROCKEL, are hereby granted to DONNA J BROCKEL, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, uncontested claims, fees, and expenses, including court costs, incident to the administration of the estate.  The authority of the Personal Representative is restricted as follows:

*Restrictions:*
(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets to heirs, legatees, and/or beneficiaries resulting from litigation or settlement of litigation without prior Court approval.
(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.

Ordered this 19th day of October, 2017.

_____
DON DAVIS, Judge of Probate

CERTIFIED COPY
DON DAVIS, JUDGE OF PROBATE
MOBILE COUNTY, ALABAMA

By: _____
C. MARK ERWIN, Chief Clerk

**EXHIBIT "A"**

DOCUMENT 10



ELECTRONICALLY FILED
10/25/2017 3:09 PM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THE ESTATE OF BRUCE BROCKEL, )
Deceased, by and through DONNA )
BROCKEL, as Personal Representative )
                                    )
            Plaintiff,              )    Civil Action No. 2017-CV-
                                    )
v.                                  )
                                    )
JOHN PATRICK COUCH, RASSAN M.       )    PLAINTIFF DEMANDS
TARABEIN, PHYSICIANS PAIN           )    TRIAL BY JURY
SPECIALISTS OF ALABAMA, P.C.,       )
C&R PHARMACY, LLC,                  )
EASTERN SHORE NEUROLOGY             )
CLINIC, INC., PURDUE PHARMA L.P.,   )
PFIZER INC., ENDO PHARMACEUTICALS   )
INC., ENDO INTERNATIONAL PLC,       )
KVK-TECH, INC., ZYDUS               )
PHARMACEUTICALS (USA) INC.,         )
A, B, C, D, E, F, G, H, I, and J,   )
                                    )
            Defendants.             )

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ENDO PHARMACEUTICALS INC.

Plaintiff propounds the following Interrogatories and Requests for Production of Documents to Defendant **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as **"ENDO PHARMACEUTICALS"**) for responses pursuant to and within the time limitations contained in the *Alabama Rules of Civil Procedure*:

### INTERROGATORIES

1.      Please identify by name, address and phone number all persons known by ENDO PHARMACEUTICALS to have knowledge of facts which relate to the allegations, issues, and/or defenses involved in this lawsuit.

        (a)     For each person listed above, state briefly the facts of which such person has knowledge;

1

DOCUMENT 10

(b)     For each person listed above, state whether this person has rendered oral, recorded, written or any other type of reports or statements, and if so, identify all such documents; *and*

(c)     If this person has given oral, recorded, written, or any other type of reports or statements, please state:

(1)     The date, time, place and person to whom made;

(2)     The substance of the reports or statements; and

(3)     The employer or the person or persons taking the reports and/or statements.

**RESPONSE:**

2.      Please state the business address of ENDO PHARMACEUTICALS.

**RESPONSE:**

3.      Please state the date when ENDO PHARMACEUTICALS was formed and the State of Formation.

**RESPONSE:**

4.      Please describe the corporate structure of ENDO PHARMACEUTICALS (including all subsidiaries and parent companies), and the relationship to Endo International PLC.

**RESPONSE:**

5.      Please state the names and addresses of the executives, officers, and directors of ENDO PHARMACEUTICALS.

**RESPONSE:**

6.      In the last fifteen (15) years, has ENDO PHARMACEUTICALS been convicted of a crime or pled guilty to a crime?  If so, please state the criminal offense(s),

2

DOCUMENT 10

the date(s) ENDO PHARMACEUTICALS was convicted or pled guilty, and the punishment(s) received.

**RESPONSE:**

7.    State whether ENDO PHARMACEUTICALS has been involved in any other legal action in the preceding fifteen (15) years which involves allegations similar to the ones made in Plaintiff's Complaint, and if so, identify the legal action, state the year in which it was filed, identify all parties thereto, describe in detail the subject matter of the action, and describe its resolution or current status.

**RESPONSE:**

8.    State whether ENDO PHARMACEUTICALS has received any complaints in the last fifteen (15) years which involve allegations similar to the ones made in Plaintiff's Complaint, and if so, state the year in which the complaint was received, identify all parties thereto, describe in detail the subject matter of the complaint, and describe its resolution or current status.

**RESPONSE:**

9.    In the last fifteen (15) years, has ENDO PHARMACEUTICALS been fined, reprimanded or warned by any entity regarding the manufacturing/selling of opioids?   If so, please state when and the circumstances surrounding the fines or reprimands.

**RESPONSE:**

10.    Is it ENDO PHARMACEUTICALS's contention that opioids are effective for the treatment of long term pain such as back pain?  If so, please describe in detail the basis for such contention.

3

DOCUMENT 10

**RESPONSE:**

11.     Does ENDO PHARMACEUTICALS agree that opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant?  If ENDO PHARMACEUTICALS disagrees with the above statement, please state in detail its basis for disagreement.

**RESPONSE:**

12.     Is it ENDO PHARMACEUTICALS's contention that opioids are not addictive?  If so, please describe in detail the basis for such contention.

**RESPONSE:**

13.     What warnings has ENDO PHARMACEUTICALS given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose?  This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

14.     Please state the number/amount of opioids manufactured/sold by ENDO PHARMACEUTICALS in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

15.     In the last fifteen (15) years, please state the amount of gross revenue that ENDO   PHARMACEUTICALS   has   generated   each   year   regarding   the manufacturing/selling of opioids in the Unites States.

**RESPONSE:**

4

DOCUMENT 10

16.     What steps has ENDO PHARMACEUTICALS taken to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients?

**RESPONSE:**

17.     What steps has ENDO PHARMACEUTICALS taken to make sure that the opioids it manufactured/sold were not illegally diverted into the black market?

**RESPONSE:**

18.     Please   describe   in   detail   any   agreement   by   ENDO PHARMACEUTICALS to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

19.     What protocol/procedure does ENDO PHARMACEUTICALS have in place to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern?

**RESPONSE:**

20.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO PHARMACEUTICALS, has ENDO PHARMACEUTICALS ever given any referral fees and/or kickbacks to distributors, doctors, pharmacies, sales representatives or other entities?  If so, please describe in detail said referral fees and/or kickbacks.

**RESPONSE:**

21.     Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO PHARMACEUTICALS, please state the name(s) of the distributor(s).

**RESPONSE:**

DOCUMENT 10

22.    Please state the name and address of each person that ENDO
PHARMACEUTICALS will or may call as a witness at the trial of this matter and further
state the substance of each such person's expected testimony.

**RESPONSE:**

23.    With respect to each expert consulted by ENDO PHARMACEUTICALS
or whom it expects to call as a witness at the trial of this case, please state the following:

      a.    The name, address and telephone number of each such
         expert witness;

      b.    A summary of such experts' education and qualifications;

      c.    A listing of all testimony, by deposition or in trial, of each
         such expert witness during the sixty month period
         preceding the date of this request;

      d.    The present employer of each expert witness.

**RESPONSE:**

24.    With respect to any expert opinions expected to be advanced at the trial of
this case, please state the following:

      a.    The opinions expected to be the subject of testimony at the
         trial of this case;

      b.    The facts upon which each such opinion is based;

      c.    All codes, standards, treatises or other written
         documentation of any description whatsoever upon which
         each such opinion is based.

**RESPONSE:**

6

DOCUMENT 10

25.     If ENDO PHARMACEUTICALS asserts any Affirmative Defenses to the allegations made in Plaintiff's Complaint, please state all facts/details that support the Affirmative Defenses.

**RESPONSE:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.     Please produce a copy of all correspondence, memoranda, emails, computer generated images or other communications of any description whatsoever between ENDO PHARMACEUTICALS and any individual or entity regarding the claims made by Plaintiff and the alleged damage.  This Request does not include communications with counsel.

**RESPONSE:**

2.     Please produce all documents related in any fashion to the allegations made by Plaintiff in the Complaint, and damages claimed by Plaintiff.

**RESPONSE:**

3.     Please produce all records regarding opioids manufactured/sold by ENDO PHARMACEUTICALS and prescribed to Bruce Brockel.  This includes the distributors and sales representatives of the medications.

**RESPONSE:**

4.     Please produce all documents related to all opioids manufactured/sold by ENDO PHARMACEUTICALS and prescribed to Bruce Brockel and that were tracked in the Certified Automation of Reports and Consolidated Orders System ("ARCOS").  This includes all ARCOS records available to ENDO PHARMACEUTICALS.

**RESPONSE:**

7

DOCUMENT 10

5.     Please produce all documents in the last fifteen (15) years regarding any fines, reprimands or warnings received by ENDO PHARMACEUTICALS from any entity relating to the manufacturing/selling of opioids.

**RESPONSE:**

6.     Please produce all documents in the last fifteen (15) years regarding ENDO PHARMACEUTICALS (including its executives) pleading guilty or being found guilty of any crime.

**RESPONSE:**

7.     Produce any and all complaints (including lawsuits) received by ENDO PHARMACEUTICALS from individuals/entities in the last fifteen (15) years regarding opioids manufactured/sold by ENDO PHARMACEUTICALS.

**RESPONSE:**

8.     Produce all warnings that ENDO PHARMACEUTICALS has given to doctors and patients regarding the extremely addictive nature of opioids and the need to strictly limit the dose. This includes, but is not limited to, all "black box" warnings.

**RESPONSE:**

9.     Produce all documents showing the number/amount of opioids manufactured/sold by ENDO PHARMACEUTICALS in the Unites Sates each year for the past fifteen (15) years.

**RESPONSE:**

10.     Produce all documents showing the amount of gross revenue that ENDO PHARMACEUTICALS has generated each year for the last fifteen (15) years regarding the manufacturing/selling of opioids in the Unites States.

DOCUMENT 10

**RESPONSE:**

11.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are effective for the treatment of long term pain such as back pain

**RESPONSE:**

12.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids should generally be prescribed only for acute pain issues requiring only a short duration of analgesic therapy (such as post-surgical pain) or cancer patients or other terminally ill individuals, for whom addiction risk is less significant.

**RESPONSE:**

13.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss whether opioids are addictive.

**RESPONSE:**

14.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ENDO PHARMACEUTICALS to make sure that the opioids it manufactured/sold were not supplied to suspicious physicians, pharmacies, sales representative and patients.

**RESPONSE:**

15.    Produce all documents (including emails, correspondence, memoranda, literature and studies) that discuss the steps taken by ENDO PHARMACEUTICALS to make sure that the opioids it manufactured/sold were not illegally diverted into the black market.

9

DOCUMENT 10

**RESPONSE:**

16.  Produce all documents (including emails, correspondence and memoranda) that discuss ENDO PHARMACEUTICALS's agreement to implement effective controls against the illegal diversion of opioids.

**RESPONSE:**

17.  Produce all documents (including emails, correspondence and memoranda) regarding ENDO PHARMACEUTICALS's protocol/procedure to alert the U.S. Drug Enforcement Administration of suspicious opioids purchases, such as orders of unusual size, frequency or pattern.

**RESPONSE:**

18.  Regarding the opioids prescribed to Bruce Brockel and manufactured/sold by ENDO PHARMACEUTICALS, please produce all documents relating to any referral fees and/or kickbacks given by ENDO PHARMACEUTICALS to distributors, sales representatives or any other entities.

**RESPONSE:**

19.  Produce a copy of any insurance policy(s) which may provide coverage to ENDO PHARMACEUTICALS for any of the claims asserted by the Plaintiff in this matter.

**RESPONSE:**

20.  Please produce all documents which support any of ENDO PHARMACEUTICALS's Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**

10

DOCUMENT 10

Respectfully submitted,

**JONATHON R. LAW** (LAW039)
**DAVID A. BUSBY** (BUS021)

DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE
BROCKEL, deceased, by and through DONNA
BROCKEL, as Personal Representative

**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

**PLEASE SERVE UPON DEFENDANT VIA CERTIFIED MAIL ALONG
WITH THE COMPLAINT TO THE FOLLOWING:**

**ENDO PHARMACEUTICALS INC.**
**220 Lake Drive**
**Newark, DE 19702**

11

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902787.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**ESTATE OF BRUCE BROCKEL ETC V. JOHN PATRICK COUCH ET AL**

**NOTICE TO:** ENDO PHARMACEUTICALS, INC., 1400 ATWATER DRIVE, MALVERN, PA 19355

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID A BUSBY MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 30421 Highway 181, DAPHNE, AL 36526

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ESTATE OF BRUCE BROCKEL DECEASED BY & THROUGH

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/27/2017 9:01:12 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ DAVID A BUSBY MR.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

*(Name of Person Served)* in *(Name of County)* County,

Alabama on

*(Date)*

*(Address of Server)*

*(Type of Process Server)*     *(Server's Signature)*

*(Server's Printed Name)*     *(Phone Number of Server)*