# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative, Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION 17-00521-KD-MU |
| PURDUE PHARMA L.P., *et al.*, Defendants. | )<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b) and dated January 18, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. 20) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** and **ORDERED** this the **2nd** day of **February 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**