## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE ESTATE OF BRUCE BROCKEL,** | ) | |
| **Deceased, by and through Donna Brockel,** | ) | |
| **as Personal Representative,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 17-00521-KD-MU** |
| | ) | |
| **PURDUE PHARMA L.P.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

In accordance with the Order entered by the Court of Appeals for the Eleventh Circuit dated March 29, 2018, the District Court vacates (i) its Order, dated February 21, 2018, granting the motion to reopen the case and vacating its order and judgment of remand (doc. 57), and (ii) its Order, dated February 27, 2018, granting the motion to stay and mooting the motion to remand (doc. 58).

The Clerk is directed to remand this action to the Circuit Court of Mobile County, Alabama.

DONE and ORDERED this the 29th day of March 2018.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE